UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | )  | |
|---|---|---|
| ANITA LANN, | ) | |
| | ) | Civil No. 14-cv-02237-PJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRINITY HEALTH CORPORATION, et al., | ) | |
| | ) | **JOINT NOTICE OF SETTLEMENT** |
| Defendants. | ) | |
| | ) | |
| | ) | |

The Parties to this action hereby give notice that they have executed a term sheet settling this matter. They are in the process of preparing a final settlement agreement and will submit that agreement to the Court for preliminary approval as soon as is practical. The Parties request that the Court stay proceedings in this matter pending the filing of the preliminary approval motion.

Dated:  December 9, 2015

                                                  Respectfully submitted,

                                                  COHEN MILSTEIN SELLERS & TOLL PLLC

                                                    /s/ Michelle C. Yau
                                                  Michelle C. Yau (admitted *pro hac vice*)
                                                  R. Joseph Barton – MD Bar No. 15665
                                                  Karen L. Handorf (admitted *pro hac vice*)
                                                  Mary J. Bortscheller (admitted *pro hac vice*)
                                                  1100 New York Avenue, N.W.
                                                  Suite 500, East Tower
                                                  Washington, D.C. 20005
                                                  Tel: (202) 408-4600
                                                  Fax: (202) 408-4699

Email: myau@cohenmilstein.com
jbarton@cohenmilstein.com
khandorf@cohenmilstein.com
mbortscheller@cohenmilstein.com


KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Havila Unrein
Matthew Gerend
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900 / Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
hunrein@kellerrohrback.com
mgerend@kellerrohrback.com

KELLER ROHRBACK L.L.P.
Ron Kilgard
Laurie B. Ashton
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088 / Fax: (602) 248- 2822
Email: rkilgard@kellerrohrback.com
lashton@kellerrohrback.com

*Counsel for Plaintiff*


      /s/ Howard Shapiro
Howard Shapiro (pro hac vice)
Robert W. Rachal (pro hac vice)
Stacey C. S. Cerrone (pro hac vice)
PROSKAUER ROSE LLP
650 Poydras Street, Suite 1800
New Orleans, LA 70130
Telephone: (504) 310-4085
Fax: (504) 310-2022
Email: howshapiro@proskauer.com
rrachal@proskauer.com
scerrone@proskauer.com

*Counsel for Defendants*

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on December 9, 2015, I electronically filed the foregoing Joint Notice of Settlement using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

Dated: December 9, 2015                                                     /s/ Linda Aono