## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | | |
|---|---|---|
| ANITA LANN et al., | ) | |
| | ) | Civil No. 14-cv-02237-PJM |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| TRINITY HEALTH CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Anita Lann voluntarily dismisses without prejudice the above-entitled action against the following individually named Defendants: James Bosscher and Debra Canales. This notice of dismissal is being filed with the Court before service by Defendant Bosscher and Defendant Canales of either an answer or a motion for summary judgment. Dismissal under Rule 41(a)(1) is therefore appropriate.

DATED:  December 14, 2015  

Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC

/s/ Michelle C. Yau
Michelle C. Yau (admitted *pro hac vice*)
R. Joseph Barton – MD Bar No. 15665
Karen L. Handorf (admitted *pro hac vice*)
Mary J. Bortscheller (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Email: myau@cohenmilstein.com
jbarton@cohenmilstein.com
khandorf@cohenmilstein.com
mbortscheller@cohenmilstein.com

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Havila Unrein
Matthew Gerend
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900 / Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
hunrein@kellerrohrback.com
mgerend@kellerrohrback.com

KELLER ROHRBACK L.L.P.
Ron Kilgard
Laurie B. Ashton
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088 / Fax: (602) 248- 2822
Email: rkilgard@kellerrohrback.com
lashton@kellerrohrback.com

**CERTIFICATE OF ELECTRONIC SIGNATURE**

     I hereby certify that on December 14, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

Dated:  December 14, 2015                                  /s/ Linda Aono