# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ANITA LANN,** *et. al.*      * | |
|                            * | |
|    Plaintiffs                  * | |
|                            * | |
| **v.**                              * | Civil No.: **PJM 14-2237** |
|                            * | |
| **TRINITY HEALTH CORPORATION,** *et. al.*     * | |
|                            * | |
|    Defendants            * | |
|                            * | |

## ORDER

The Court, having received the parties' Joint Motion to Consolidate Cases 14-2237 and 16-1417 for Settlement Purposes Only (Joint Motion to Consolidate) (ECF No. 73), it is, this 24th day of May, 2016

**ORDERED**

1. The Joint Motion to Consolidate (ECF No. 73) is **GRANTED**.

2. Case No. 8:14-cv-02237-PJM is **CONSOLIDATED** with 8:16-cv-01417-PJM for settlement purposes only. The Clerk of Court is **DIRECTED** to designate Case No. 8:14-cv-02237-PJM as the **LEAD CASE** in the consolidated action.

3. The Clerk of Court shall **REOPEN** Case No. 8:14-cv-02237-PJM, pending further order of the Court.

                                                                      /s/
                                                **PETER J. MESSITTE**
                                      **UNITED STATES DISTRICT JUDGE**