# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| ANITA LANN, et al., | ) |
| | ) |
| **Plaintiffs**, | ) Civil Action No.: 14-cv-2237 (PJM) |
| | ) |
| v. | ) |
| | ) |
| TRINITY HEALTH CORPORATION, et al., | ) |
| | ) |
| **Defendants**. | ) |

## MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs Anita Lann, Jean Atcherson, Albert R. Chavies, and Thomas Holland ("Named Plaintiffs"), by and through their attorneys, respectfully move the Court for an Order: (1) preliminarily approving the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") between the Parties; (2) preliminarily certifying the proposed Settlement Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2); (3) approving the form and method of Class Notice; and (4) setting a date and time for a hearing (the "Fairness Hearing") for consideration of final approval of the Settlement, of payment of attorneys' fees and expenses, and of a potential Incentive Award to certain Plaintiffs.

Dated: August 1, 2016

        Respectfully submitted,

        COHEN MILSTEIN SELLERS & TOLL PLLC

        /s/ Michele C. Yau

2160806.1

      Karen L. Handorf (admitted *pro hac vice in Lann and in Chavez*)
Michelle C. Yau (admitted *pro hac vice in Lann*)

Mary J. Bortscheller (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: myau@cohenmilstein.com
khandorf@cohenmilstein.com
mbortscheller@cohenmilstein.com

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Havila Unrein
Matthew Gerend
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900 / Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
hunrein@kellerrohrback.com
mgerend@kellerrohrback.com

KELLER ROHRBACK L.L.P.
Ron Kilgard
Laurie B. Ashton
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088 / Fax: (602) 248- 2822
Email: rkilgard@kellerrohrback.com
lashton@kellerrohrback.com

*Counsel for Plaintiffs*

2160806.1

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on August 1, 2016, I electronically filed the foregoing Motion for Preliminary Approval and Memorandum in support thereof, with the Declaration of Michelle C. Yau and attachments, using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

Dated:  August 1, 2016

                                                    /s/ Michelle C. Yau
                                                  Michelle C. Yau