IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ANITA LANN, et al.,**

        **Plaintiff,**

v.                                       Case No. 14-CV-2237 (PJM)

**TRINITY HEALTH CORPORATION**

        **Defendant.**

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[X]    Schedule C which is an attachment to the Settlement Agreement will be filed with the Clerk's Office as a PDF document within 24 hours of the filing of this Notice so that it may be electronically filed under seal.

[ ]    _____
                           (title of document)

will be filed with the Clerk's Office as a PDF document within 24 hours of the filing of this Notice so that it may be electronically filed under seal.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by e-mail.

| | |
|---|---|
| January 30, 2017 | /s/Adam Heider Farra |
| Date | Signature |
| | |
| | Adam Heider Farra – Bar # 18599 |
| | Printed Name and Bar Number |
| | |
| | Cohen Milstein Sellers & Toll PLLC |
| | 1100 New York Avenue, N.W. |
| | East Tower, STE. 500 |
| | Washington, DC  20005 |
| | Address |
| | |
| | afarra@cohenmilstein.com |
| | Email Address |
| | |
| | 202-408-4600 |
| | Telephone Number |
| | |
| | 202-408-4699 |
| | Fax Number |