IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| **ANITA LANN, et al.,** | * | |
| **Plaintiffs,** | * | |
| | * | **Case No. 14-CV-2237 (PJM)** |
| v. | * | |
| **TRINITY HEALTH CORPORATION, et al.,** | * | |
| **Defendants.** | * | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF SETTLEMENT AGREEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Anita Lann, Jean Atcherson, Albert R. Chavies and Thomas Holland, by and through their attorneys, respectfully move the Court for an Order: (1) granting final approval of the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") described herein and preliminarily approved by the Court on February 3, 2017 (entered February 6, 2017) (Dkt. # 101); and (2) granting final certification of the Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2).[1]  Defendants do not oppose the relief sought herein. For the reasons fully set forth in the accompanying Plaintiffs' Memorandum in Support of Unopposed Motion for Final Approval of Settlement Agreement and Certification of Settlement Class, Plaintiffs respectfully request that the Court GRANT the Motion and enter the Proposed Order, filed herewith, concluding this novel case concerning ERISA's "Church Plan" exemption.

---

[1] Plaintiffs file the instant Motion contemporaneously with their Motion for Awards of Attorneys' Fees and Expenses, and Incentive Fees to the Named Plaintiffs.

2237745.1

Dated: April 17, 2017                    Respectfully submitted,

                                            COHEN MILSTEIN SELLERS & TOLL PLLC

/s/ Michelle C. Yau
Michelle C. Yau (admitted *pro hac vice*)
Karen L. Handorf (admitted *pro hac vice*)
Mary J. Bortscheller (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: myau@cohenmilstein.com
khandorf@cohenmilstein.com
mbortscheller@cohenmilstein.com

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Havila Unrein
Matthew Gerend
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900 / Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
hunrein@kellerrohrback.com
mgerend@kellerrohrback.com

KELLER ROHRBACK L.L.P.
Ron Kilgard
Laurie B. Ashton
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088 / Fax: (602) 248- 2822
Email: rkilgard@kellerrohrback.com
lashton@kellerrohrback.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on April 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Michelle C. Yau
Michelle C. Yau
