# Exhibit B



ERISA LITIGATION

SEATTLE ◆ PHOENIX ◆ NEW YORK ◆ SANTA BARBARA ◆ OAKLAND ◆ RONAN
800-776-6044 | info@kellerrohrback.com | www.krcomplexlit.com

# ABOUT KELLER ROHRBACK



## Devoted to Justice

"Despite substantial obstacles to recovery, Keller Rohrback was willing to undertake the significant risks presented by this case. After a year and a half of intensive litigation, including extensive discovery, motion practice, and mediation, Class Counsel achieved real and substantial benefits for members of the Class." *Getty v. Harmon* ("*SunAmerica Securities Litigation*"), No. 98-0178 (W.D. Wash.) (Dwyer, J.).

**Keller Rohrback's lawyers excel by being prepared and persuasive.** It's a simple formula that combines our strengths: outstanding writing and courtroom skills, together with unparalleled passion and integrity. We have recovered billions of dollars for our clients, and have served as lead counsel in many prominent cases. Our lawyers are widely recognized as leaders in their fields who have dedicated their careers to combating corporate fraud and misconduct. We have the talent as well as the financial resources to litigate against Fortune 500 companies—and do so every day.



## Who We Are

Keller Rohrback's Complex Litigation Group has a national reputation as the go-to plaintiff's firm for large-scale, complex individual and class action cases. We represent employees and retirees, public and private investors, businesses, governments, and individuals in a wide range of actions, including fiduciary breach, securities fraud, manipulation, and other illegal practices relating to financial services and products, ERISA, antitrust, whistleblower, environmental, and product liability cases. Our approach is straightforward—we represent clients who have been harmed by conduct that is wrong, and we litigate with passion and integrity to obtain the best results possible. Every case is different, but we win for the same reason: we are persuasive. When you hire us, you hire smart, creative lawyers who are skilled in the courtroom and in negotiations.

Founded in 1919, Keller Rohrback's seventy-three attorneys and 100 staff members are based in six offices across the country in Seattle, Oakland, Santa Barbara, Phoenix, New York, and Ronan. Over the past century, our firm has built a distinguished reputation by providing top-notch representation. We offer exceptional service and a comprehensive understanding of federal and state law nationwide. We also are well known for our abilities to collaborate with co-counsel to achieve outstanding results—essential skills in large-scale cases in which several firms represent plaintiffs. We pride ourselves on our reputation for working smartly with opposing counsel, and we are comfortable and experienced in coordinating high-stakes cases with simultaneous state and federal government investigations.

We have won verdicts in state and federal courts throughout the nation and have obtained judgments and settlements on behalf of clients in excess of seven billion dollars. Courts around the country have praised our work, and we are regularly appointed lead counsel in nationally prominent class action cases. Our work has had far-reaching impacts for our clients in a variety of settings and industries, creating a better, more accountable society.

# EMPLOYEE BENEFITS



## ATTORNEYS

Lynn Lincoln Sarko
Laurie Ashton
Gretchen Freeman Cappio
T. David Copley
Alison Gafney
Laura R. Gerber
Matthew Gerend
Gary Gotto
Benjamin Gould
Christopher Graver
Amy N. L. Hanson
Khesraw (Kash) Karmand
Dean N. Kawamoto
Ron Kilgard
David Ko
Tanya Korkhov
Cari Campen Laufenberg
Elizabeth A. Leland
Jeffrey Lewis
Derek Loeser
Ian Mensher
Gretchen Obrist
David Preminger
Erin Riley
Karin B. Swope
Havila C. Unrein
Amy Williams-Derry

**Keller Rohrback L.L.P. is a pioneer in litigation under the Employee Retirement Income Security Act of 1974 (ERISA), recovering to date over a billion dollars of retirement and other benefits for our clients.** And this is not merely a matter of money, as important as that is. Keller Rohrback's lawyers have worked tirelessly to shape ERISA law, so that the statute protects the interests of participants and beneficiaries, rather than their employers and service providers. We have seen time and again fiduciaries attempt to use ERISA to thwart participants' interests, whether in the design of 401(k) plans, the structuring of Employee Stock Ownership Plans (ESOPs), the investments in defined benefit plans, or the attempt to read ERISA's exceptions broadly to favor the employers' and service providers' interests, not the participants' interests. All these efforts we have successfully opposed in scores of cases.

Keller Rohrback attorneys have done this since the statute was enacted in 1974. In that year, David Preminger, of our New York office, wrote two of the first scholarly articles on ERISA. Jeff Lewis, across the country and now in our Oakland office, began practice the year after ERISA was adopted and has been representing plaintiffs in pension and other benefit matters ever since. He is also the co-chair of the Board of Senior Editors of Employee Benefits Law, the major ERISA practitioner's treatise, used daily by benefits lawyers throughout the country. David and Jeff are only two of our ERISA lawyers, albeit the most senior. We have a very deep bench in ERISA matters. Lawyers at Keller Rohrback have testified before Congress, served as editors of numerous employee benefits books and manuals, and written scholarly ERISA articles, amicus briefs, and comments to regulatory agencies overseeing ERISA plans. We frequently are invited to make presentations at national legal education seminars regarding employee benefit class actions and ERISA. We have also served as fiduciaries and mediators.

 We are involved in all aspects of ERISA litigation, from administrative reviews to district court trials to circuit court appeals to handling cases and filing amicus briefs in the U.S. Supreme Court. We are proud of our history, but we don't rest on our laurels, we listen carefully to employees' stories and craft cases that enforce ERISA's longstanding duties—which are the highest known to the law.

Attorneys at Keller Rohrback have pioneered application of ERISA to the evolving manifestations of waste and abuse affecting retirement savings nationwide. For example, Gary Gotto and Ron Kilgard brought the first successful defined contribution company stock case, *Whetman v. IKON Office Solutions*, spawning an entire area of litigation that resulted in billions of dollars being recovered around the country for employees and their retirement plans. Keller Rohrback's Managing Partner and Complex Litigation Group Leader, Lynn Sarko, along with Derek Loeser, Erin Riley, and many others, pushed this area of the law forward with the *WorldCom* and *Enron* ERISA class actions—the latter of which resulted in the largest settlement in such a case, at over $264 million. More recently, we have led the charge with private ESOP, church plan, and our 401k plan cases challenging excessive and conflicted fees. We have even represented public employees in successfully striking down as unconstitutional cut-backs to their retirement benefits.

# EMPLOYEE BENEFITS



Keller Rohrback is routinely appointed lead or co-lead counsel in major employee benefit class actions. Our work in this complex and rapidly developing area has been praised by our clients, our co-counsel, and federal courts throughout the country. Keller Rohrback has excelled in managing complex employee benefits cases by developing a deep understanding of employee benefits law and by drawing on our attorneys' experience in numerous related practice areas, including securities, accounting, corporate, insurance coverage, bankruptcy, financial institution regulation, mergers and acquisitions, contracts, employment law, executive compensation, professional malpractice, constitutional law, and class action law.

We are proud to represent employees in connection with their retirement and other benefits. The following pages summarize the breadth of our expertise and experience in these areas.

.



# EMPLOYEE BENEFITS



## *PENSION PLANS*

**Congress enacted ERISA in light of several highly publicized failures of private pension plans which left long-term employees at the end of their careers without their promised benefits.** ERISA "seek[s] to ensure that employees will not be left empty-handed once employers have guaranteed them certain benefits." *Lockheed Corp. v. Spink*, 517 U.S. 882, 887 (1996). Attorneys at Keller Rohrback have filed numerous cases on behalf of ERISA plan participants in order to make sure that the fiduciaries manage the plans' assets prudently and that pensioners and their beneficiaries receive the benefits that they were promised. Keller Rohrback further supports ERISA pension plan participants and beneficiaries through writing amicus briefs related to pension issues. *E.g.*, Brief for The Pension



Rights Center as Amicus Curiae in Support of Respondent, *Spokeo, Inc. v. Robins*, No. 13-1339 (U.S.); Brief for the Pension Rights Center as Amicus Curiae in Support of Petitioner, *Pundt v. Verizon Communications, Inc.*, No. 15-785 (U.S.).

## REPRESENTATIVE CASES

### *Mertens v. Kaiser Steel Retirement Plan,* 829 F. Supp. 1158 (N.D. Cal.)

A firm attorney served as co-counsel for a putative class of retirees of Kaiser Steel whose benefits were drastically reduced when the plan was terminated in an underfunded position. Plaintiff alleged that following an outside takeover of Kaiser, the company systematically underfunded the company's pension plan so that the new owners could instead take profits from the company. The lawsuit also alleged that the Kaiser retirement plan's actuaries also contributed to the underfunding by committing malpractice. The court held that the malpractice claims against the actuaries were not preempted by ERISA. The case ultimately settled, resulting in the payments of millions of dollars to the class members.

### *Buus v. WaMu Pension Plan,* No. 07-903 (W.D. Wash.)

Keller Rohrback served as Lead Counsel in this class action on behalf of participants and beneficiaries of Washington Mutual's defined benefit pension plan whose benefit accrual was frozen under the existing pension formula and replaced with a new "cash balance plan" accrual system that reduced the rate of future benefit accrual. The complaint alleged that participants were not given proper notice of these reductions. In conjunction with Washington Mutual's bankruptcy proceedings, a settlement of $20 million was approved.

# EMPLOYEE BENEFITS



## PENSION PLANS

### Palmason v. Weyerhaeuser, No. 11-695 (W.D. Wash.)

Keller Rohrback and co-counsel filed this action alleging that Weyerhaeuser and other fiduciaries caused its pension plan to engage in a risky investment strategy involving alternative investments and derivatives, causing the Plans' master trust to become underfunded. A settlement was reached for injunctive relief on behalf of the Plans' participants and beneficiaries.

### In re Bakery & Confectionery Union & Industry Int'l Pension Fund Pension Plan, No. 11-1471 (S.D.N.Y.)

Keller Rohrback and co-counsel filed this action alleging that an amendment to the Bakery & Confectionery Union & Industrial Pension Fund Pension Plan violated ERISA's anti-cutback provisions. Plaintiffs prevailed at both the district court and appellate levels, and Defendants implemented adjustments to reinstate the benefits due to eligible employees.

### Monper v. Boeing, No. 13-1569 (W.D. Wash.)

Keller Rohrback served as Counsel in this lawsuit that alleged Defendants violated ERISA by misrepresenting to plaintiffs that their pension benefit accruals would not change if they transferred their work locations from California to Washington.

### Potter v. ConvergEx, No. 13-9150 (S.D.N.Y.)

Keller Rohrback serves as co-counsel in this lawsuit filed in the Southern District of New York that alleges Defendants violated ERISA by "double-charging" for transition management and brokerage services. Defendants funneled trade orders to an offshore subsidiary broker located in Bermuda, which created a "spread" between the actual price and the reported price by adding mark-ups/mark downs. While the reported price was confirmed with customers, the actual prices were undisclosed and unauthorized additional compensation.

### Judy Hunter v. Berkshire Hathaway, Inc., No. 14-663 (N.D. Tex.)

Keller Rohrback serves as Co-Lead Counsel in this class action filed on behalf of the participants and beneficiaries of two ERISA plans: a pension plan and a 401(k) plan. The complaint alleges that despite explicit plan language prohibiting the reduction of future benefits, the corporate parent company caused its subsidiary to reduce those benefits.

### Johnston v. Dow Employees' Pension Plan, No. 14-10427 (E.D. Mich.)

Keller Rohrback serves as co-counsel in this lawsuit brought on behalf of a putative class of former employees of The Dow Chemical Company who spent part of their careers at the Dow-affiliate DuPont Dow Elastomers (DDE). The complaint alleges that after this group of employees returned to Dow from DDE, Dow changed the formula for calculating benefits for former DDE employees under its defined benefit plan, leaving many in this group with a reduced benefit.

# EMPLOYEE BENEFITS



## PENSION PLANS

### *Cleary v. Retirement Plan for Employees of Northern Montana Hospital,* No. 16-00061 (D. Mont.)

Keller Rohrback brought this class action on behalf of the participants in, and/or beneficiaries of, the Retirement Plan for Employees of Northern Montana Hospital. The complaint alleges that the members of these classes have been, or will be denied, certain retirement benefits to which they are entitled under the terms of the Plan and/or ERISA with respect to vesting and accrual of benefits. The complaint also alleges that Defendants failed to comply with ERISA's rules for claims procedures.

### *Canseco v. Construction Laborers Pension Trust,* 93 F.3d 600 (9th Cir.)

A firm attorney served as co-counsel for a class of pension plan retirees in a case challenging the plan's failure to pay retroactive benefits to retirees who were eligible for full benefits under the plan, but did not immediately apply for their benefits. The U.S. court of appeals' opinion reversed the district court's judgment for defendants and resulted in the payment of millions of dollars in retroactive benefits to class members. The case also established the principle that it is an abuse of discretion for a plan fiduciary to interpret a plan contrary to its plain meaning.

### *McDaniel v. National Shopmen Pension Fund,* 889 F.2d 804 (9th Cir.)

A firm attorney served as co-counsel for a class of pension plan participants in a case challenging the plan's reduction in vested benefits based on the fact that their employer had withdrawn from the plan. The Ninth Circuit held that the reduction was improper and benefits were restored to the participants.

# EMPLOYEE BENEFITS



## PENSION PLANS: CHURCH PLANS

**For certain employees participating in pension plans, ERISA does *not* apply.** If a plan is not subject to ERISA, there is no federal law requiring a sponsor to keep funding the plan or requiring participants to get timely and accurate information about the plan, and there is no pension benefit insurance through the Pension Benefit Guaranty Corporation (PBGC) if the plan can't make payments. One of the few kinds of plans exempt from ERISA is the "church plan." For years, Keller Rohrback has been representing employees in federal lawsuits against large healthcare companies that claim their pension plans are "church plans." The employees in the plans all work for large healthcare organizations, hospital systems, and their affiliates. These healthcare organizations are non-profit corporations, but they often have assets on par with Fortune 100 companies.



The lawsuits ask the courts to determine that these pension plans are not "church plans" at all, force the employers to properly fund the plans, and give their employees the safety and security of ERISA protections. Keller Rohrback, together with co-counsel, have persuaded three circuit courts of appeals that three large non-profit healthcare corporations claiming affiliations with various Christian denominations failed to maintain their pension plans according to ERISA standards because the plans were not established by churches and thus did not meet the statutory definition of a "church plan." *See Kaplan v. St. Peter's Healthcare System*, 810 F.3d 175 (3d Cir.); *Stapleton v. Advocate Health Care Network*, 817 F.3d 517 (7th Cir.); *Rollins v. Dignity Health*, 830 F.3d 900 (9th Cir.).

## REPRESENTATIVE CASES

### *Rollins v. Dignity Health,* No. 13-01450 (N.D. Cal.)

This case alleges that Dignity Health's claim that its pension plan is exempt from ERISA's protections because it is a "church plan" is improper because Dignity Health is not a church. Judge Thelton E. Henderson held that Plaintiff was "entitled to summary judgment on her claim for declaratory relief," because the Dignity Retirement Plan "is not a church plan as defined by ERISA, and is therefore not exempt from ERISA." Dignity appealed, and the Ninth Circuit affirmed. The Supreme Court granted Defendants' motion asking for review of the Ninth Circuit's decision, and oral argument was held on March 27, 2017.

### *Kaplan v. Saint Peter's Healthcare Sys.,* No. 13-02941 (D. N.J.)

Keller Rohrback serves as Co-Lead Counsel in this lawsuit that alleges Defendants' claim that the Saint Peter's Healthcare pension plan is exempt from ERISA's protections because it is a "church plan" is improper because Saint Peter's Healthcare is not a church and the plan was not established by a church. The Third Circuit affirmed the district court's opinion that the Saint Peter's Healthcare System Retirement Plan is not a church plan exempt from ERISA's protections. The Supreme Court granted Defendants' motion asking for review of the Third Circuit's decision, and oral argument was held on March 27, 2017.

# EMPLOYEE BENEFITS



## PENSION PLANS: CHURCH PLANS

### Stapleton v. Advocate Health Care Network, No. 14-01873 (N.D. Ill.)

This case alleges that Advocate Health Care Network's claim that its pension plan is exempt from ERISA's protections because it is a "church plan" is improper because Advocate Health is not a church and the pension plan was not established by a church. The Seventh Circuit affirmed the district court's opinion that the Advocate Health Care Network Pension Plan is not a church plan exempt from ERISA's protections. The Supreme Court granted Defendants' motion asking for review of the Seventh Circuit's decision, and oral argument was held on March 27, 2017.

### Lann v. Trinity Health Corp., No. 14-02237 (D. Md.)

Keller Rohrback serves as Co-Lead Counsel in this lawsuit that alleges Defendants' claim that the Trinity Health pension plan is exempt from ERISA's protections because it is a "church plan" is improper because, among other things, Trinity Health is not a church, and the Trinity Health pension plan was not established by a church. The Court granted preliminary approval of a settlement providing for equitable relief, plus payment of over $76 million.

### Griffith v. Providence Health & Services, No. 14-1720 (W.D. Wash.)

Keller Rohrback serves as co-counsel in this lawsuit that alleges Defendants' claim that the Providence Health pension plan is exempt from ERISA's protections because it is a "church plan" is improper because Providence Health is not a church, and the plan was not established by a church. In 2017, the Court granted final approval of a class settlement in the amount of $351.9 million, which includes a payment of $350 million to the Plan and a guarantee that the Plan's trust will have sufficient assets to pay benefits as they come due; and additional administrative protections and other equitable relief for plan participants.

## OTHER CURRENT CHURCH PLAN CASES

*Medina v. Catholic Health Initiatives,* No. 13-1249 (D. Colo.)

*Owens v. Saint Anthony Medical Center, Inc.,* No. 14-4068 (N.D. Ill.)

*Carver v. Presence Health Network,* No. 15-2905 (N.D. Ill.)

*Feather v. SSM Health,* No. 16-393 (S.D. Ill.)

*Hodges v. Bon Secours Health System, Inc.,* No. 16-1079 (D. Md.)

*Jewett v. Franciscan Alliance, Inc.,* No. 16-4589 (N.D. Ill.)

*Smith v. OSF Healthcare System,* No. 16-467 (S.D. Ill.)

*Whaley v. Mercy Health,* No. 16-518 (S.D. Ohio)

*Sanzone v. Mercy Health,* No. 16-478 (W.D. Okla.)

*Garbaccio v. St. Joseph's Hospital and Medical Center,* No. 16-2740 (D. N.J.)

*Holcomb v. Hospital Sisters Health System,* No. 16-3282 (C.D. Ill.)

# EMPLOYEE BENEFITS



## *401(K) & SAVINGS PLANS: COMPANY STOCK & PUBLIC ESOPS*

**ERISA sets minimum standards for the management of employer-sponsored retirement and health benefit plans.** Workers and retirees across America depend on their company-sponsored benefit plans to provide them with health insurance and financial security after retirement. Keller Rohrback is a pioneer in ensuring that ERISA's fiduciary duties of prudence and loyalty apply to all plan investment options, including company stock. Ensuring fiduciary responsibility over company stock funds is of paramount importance, given that an employee's livelihood is also tied to the well-being of their employer—thus, if an employer's stock collapses, employees can lose their jobs at the same time that their retirement savings is decimated.

Keller Rohrback's work in this area resulted in numerous pivotal judicial opinions. *E.g., In re WorldCom, Inc*., 263 F. Supp. 2d 745 (S.D.N.Y.); *In re Enron Corp. Sec., Derivative & "ERISA" Litig.*, 284 F. Supp. 2d 511 (S.D. Tex.); and *In re Syncor ERISA Litig.*, 516 F.3d 1095 (9th Cir.). Additionally, Keller Rohrback has further supported this area of law through presentations at ERISA conferences, as well as amicus briefs. *E.g.*, Brief for Law Professors as Amici Curiae in Support of the Respondents, *Fifth Third Bancorp v. Dudenhoeffer*, No. 12-751 (U.S.).

## REPRESENTATIVE CASES

### *Whetman v. IKON Office Solutions, Inc.,* MDL No. 10-1318 (E.D. Pa.).

The wave of 401(k) company stock cases began with *Whetman v. IKON Office Solutions, Inc.* In a first-of-its-kind complaint, we alleged that company stock was an imprudent investment for the plan, that the fiduciaries of the plan failed to provide complete and accurate information concerning company stock to the participants, and that they failed to address their conflicts of interest. This case resulted in ground-breaking opinions in the ERISA 401(k) area of law on motions to dismiss, class certification, approval of securities settlements with a carve-out for ERISA claims, and approval of ERISA settlements providing a total recovery to the Plans of $111 million.

### *In re Enron Corp. ERISA Litigation,* MDL No. 02-1446 (S.D. Tex.)

Keller Rohrback served as Co-Lead Counsel in this class action. After groundbreaking motions to dismiss decisions, and several years of discovery, Keller Rohrback negotiated five separate settlements with different groups of defendants, resulting in recoveries of over $264 million for the class.

### *In re Lucent Technologies, Inc. ERISA Litigation,* No. 01-3491 (D. N.J.)

Keller Rohrback served as Co-Lead Counsel in this class action brought on behalf of participants and beneficiaries of the Lucent defined contribution plans who invested in Lucent stock. A settlement providing injunctive relief and the payment of $69 million to the plan was approved by Judge Joel Pisano.

### *In re WorldCom, Inc. ERISA Litigation,* No. 02-4816 (S.D.N.Y.)

Keller Rohrback served as Lead Counsel in this class action on behalf of participants and beneficiaries of the WorldCom 401(k) Salary Savings Plan who invested in WorldCom stock. Settlements providing for injunctive relief and payments of over $48 million to the plan were approved by Judge Denise Cote.

# EMPLOYEE BENEFITS



---

## 401(K) & SAVINGS PLANS: COMPANY STOCK & PUBLIC ESOPS

### *In re Global Crossing, Ltd. ERISA Litigation,* No. 02-7453 (S.D.N.Y.)

Keller Rohrback served as Co-Lead Counsel in this class action on behalf of participants and beneficiaries of the Global Crossing defined contribution plans who invested in Global Crossing stock. A settlement providing injunctive relief and a payment of $79 million to the plan was approved by Judge Gerard Lynch.

### *In re AIG ERISA Litigation,* No. 04-09387 (S.D.N.Y.) and *In re AIG ERISA Litigation II,* No. 08-05722 (S.D.N.Y.)

Keller Rohrback served as Co-Lead Counsel in these two class actions on behalf of participants and beneficiaries of the AIG 401(k) retirement plans who invested in AIG stock. A settlement providing for the payment of $25 million to the plans was approved by Judge Kevin T. Duffy in *AIG I*, and a settlement providing for the payment of $40 million to the plans was approved by Judge Laura Swain in *AIG II*.

### *Alvidres v. Countrywide Financial Corp.,* No. 07-5810 (C.D. Cal.)

Keller Rohrback served as Lead Counsel in this class action on behalf of participants and beneficiaries of the Countrywide 401(k) plan who invested in Countrywide stock. A settlement providing for injunctive relief and the payment of $55 million to the plan was approved by Judge John F. Walter.

### *In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation,* No. 07-10268 (S.D.N.Y.)

Keller Rohrback served as Co-Lead Counsel in this class action on behalf of participants and beneficiaries of Merrill Lynch's defined contribution plans who invested in Merrill Lynch stock. A settlement providing injunctive relief and a payment of $75 million to the plans was approved by Judge Jed S. Rakoff.

### *In re Washington Mutual, Inc. ERISA Litigation,* No. 07-1874 (W.D. Wash.)

Keller Rohrback served as Co-Lead Counsel in this ERISA breach of fiduciary duty class action brought on behalf of participants and beneficiaries in the company's retirement plans who invested in Washington Mutual stock. Judge Marsha J. Pechman granted final approval of a $49 million settlement in the ERISA action.



---

# EMPLOYEE BENEFITS



## *401(K) & SAVINGS PLANS: PRIVATE ESOP PLANS*



**An ESOP is a tax-qualified defined contribution employee benefit plan governed by ERISA.** ESOPs are intended to invest primarily in the stock of the ESOP participant's employer. Keller Rohrback is a national leader in ESOP cases, and has substantial experience representing ESOPs in breach of fiduciary actions against trustees who approve or permit transactions that favor corporate interests to the detriment of the ESOP despite having a fiduciary duty to act in the ESOP's best interests. Keller Rohrback's attorneys have achieved many notable successes for their ESOP clients, including obtaining seven-figure judgments at trial, and recovering millions of dollars in settlements.

## REPRESENTATIVE CASES

### *Johnson v. Couturier,* No. 05-2046 (E.D. Cal.)

Keller Rohrback obtained a major victory for participants of the Noll Manufacturing Co. ESOP against Defendants who awarded themselves grossly excessive compensation at the expense of the ESOP. In a seminal case frequently cited in ESOP litigation by courts across the country, the Ninth Circuit affirmed a preliminary injunction by the district court which prohibited an ESOP plan sponsor from paying litigation costs to indemnify the ESOP's trustees. *See Johnson v. Couturier*, 572 F.3d 1067 (9th Cir.).

### *Rader v. Bruister,* No. 13-1081 (S.D. Miss.)

This case alleges breach of fiduciary duty and prohibited transactions in connection with the purchase by the Bruister Company ESOP of shares from its founder. We obtained a judgment for approximately $6.5 million after a lengthy bench trial. Collection actions are proceeding on the existing judgment. Defendants appealed the judgment, and the Fifth Circuit affirmed the judgment.

### *Wool v. Sitrick,* No. 10-2741 (C.D. Cal.)

Keller Rohrback served as Lead Counsel in this ESOP valuation action brought on behalf of participants and beneficiaries in the company's ESOP against Defendants who repurchased shares from the ESOP at a price significantly below fair market value. A settlement providing a payment $6.25 million settlement was approved by Judge Jacqueline Nguyen.

# EMPLOYEE BENEFITS



## 401(K) & SAVINGS PLANS: PRIVATE ESOP PLANS

### *Hans v. Tharaldson,* No. 05-115 (D. N.D.)

Keller Rohrback served as Lead Counsel for the then-current employees in an ESOP valuation action that alleged the ESOP's fiduciaries paid an excessive price for their shares in a transaction approved by Defendants. A settlement providing for a $15 million settlement fund, including a $4 million cash payment to all current and former participants and beneficiaries of the ESOP, and an $11 million credit against the principal owed by the ESOP to the company was approved by Chief Judge Ralph Erikson.

### *Schwartz v. Cook,* No. 15-3347 (N.D. Cal.)

Keller Rohrback represents a participant in the Buckles-Smith Electric Company ESOP in this lawsuit that alleges that the ESOP's fiduciaries caused Buckles-Smith to redeem the ESOP's shares in that company for less than they were worth, thereby benefitting the remaining shareholders (including the ESOP's fiduciaries) at the expense of the ESOP. The case preliminary settled and is currently awaiting final approval.

### *Wagner v. Stiefel Labs., Inc.,* No. 12-3234 (N.D. Ga.)

Keller Rohrback served as counsel for several ESOP plan participants in this lawsuit that alleged Defendants directed and approved the repurchase of Stiefel Labs., Inc. stock from ESOP participants and the ESOP at a fraction of the actual fair market value of Stiefel stock, allowing Defendants to reap a substantially higher portion of the proceeds in a subsequent $3.6 billion sale of the company to GlaxoSmithKline.

# EMPLOYEE BENEFITS



## *401(K) & SAVINGS PLANS: EXCESSIVE & CONFLICTED FEES & OVERCHARGES*

**Precious retirement savings—particularly in defined contribution or 401(k) plans—are vulnerable to being whittled away by fees associated with investment products.** There are as many types of fees as investment products available to retirement plans. Many fees are hidden or undisclosed. Some fees are paid directly by participants, while others are levied indirectly as kickbacks from one service provider or fiduciary to another. In many cases, these fees are charged for improper purposes—to enrich plan fiduciaries or service providers at the expense of hard-working Americans. High fees over time can slash retiree balances by a third, or more. No matter who pays or collects excessive fees or conflicted fees, ERISA provides robust protections and



remedies. Specifically, ERISA prohibits fiduciaries from self-dealing and any conduct that puts their own interests—or the interests of their affiliates or third parties—above those of the plan participants to whom they owe fiduciary duties.

Keller Rohrback has successfully litigated ERISA class actions challenging excessive and conflicted fees. Our attorneys have challenged investments that contain many layers of securities and insurance products—and many layers of fees. We have pursued on a class action basis not only claims against multiple entities responsible for the fees charged to participants in a single plan, but also uniform fees charged by service providers to thousands of plans using common investment products.

Keller Rohrback has been selected by federal courts to serve as lead or co-lead counsel in class action cases challenging excessive and self-dealing fees. We have written articles and presented on these topics, and we authored an amicus brief in the first ERISA excessive fee case to reach the U.S. Supreme Court. *See* Brief for Law Professors as Amici Curiae in Support of the Petitioners, *Tibble, et al. v. Edison International, et al.*, No. 13-550 (U.S.).

## REPRESENTATIVE CASES

### *Braden v. Wal-Mart Stores, Inc.,* No. 08-3109 (W.D. Mo.)

Keller Rohrback served as Lead Counsel in this class action on behalf of participants and beneficiaries of Wal-Mart's 401(k) plan who invested in retail class mutual funds that charged excessive fees to participants and paid hidden fees to the plan's trustee and recordkeeper, Merrill Lynch. The complaint alleged that the revenue sharing and the other fees were excessive in light of the size of the plan, and that these fees were not properly disclosed. Keller Rohrback's attorneys secured the *first appellate victory* in a fee case of this kind when they obtained an order from the Eighth Circuit reversing dismissal and articulating the pleading standard for process-based breaches of ERISA, *see Braden v. Wal-Mart*, 588 F.3d 585 (2009). A settlement that included $13.5 million along with injunctive relief was approved by Judge Gary A. Fenner.

# EMPLOYEE BENEFITS



---

## *401(K) & SAVINGS PLANS: EXCESSIVE & CONFLICTED FEES & OVERCHARGES*

### *Santomenno v. Transamerica Life Insurance Company,* No. 12-2782 (C.D. Cal.)

This class action was filed on behalf of participants or beneficiaries of many 401(k) plans to whom Transamerica Life Insurance Company provided fiduciary services through one of its group annuity contracts. The complaint alleges that Defendants extracted impermissible fees from the annuity contracts issued to 401(k) plans created for small- and mid-sized businesses through the use of add-on or wrapper fees. The Court issued an order denying Defendants' motions to dismiss the ERISA claims because Transamerica was a fiduciary with regard to its fees, and also certified two classes of participants with claims for prohibited transactions and breaches of loyalty and prudence who are in thousands of different ERISA plans that use Transamerica's annuity contracts.

### *In re Regions Morgan Keegan ERISA Litigation,* No. 08-2192 (W.D. Tenn.)

Keller Rohrback served as Co-Lead Class Counsel in this ERISA breach of fiduciary duty class action on behalf of participants and beneficiaries in the company's retirement plans as well as customer plans for which Regions served as a fiduciary. A settlement providing injunctive relief and a payment of $22.7 million was approved by Judge Samuel H. Mays, Jr.

### *In re Express Scripts/Anthem ERISA Litigation,* No. 16-3399 (S.D.N.Y)

Keller Rohrback serves as interim Co-Lead Counsel in this class action filed on behalf of all participants and beneficiaries of Anthem-insured ERISA plans against both Anthem and Express Scripts, Inc. (ESI) for breaches of fiduciary duty and prohibited transactions under ERISA. ESI serves as the exclusive PBM (pharmacy benefit manager) to Anthem-insured plans under a ten-year agreement, and the claims arise out of defendants' practice of overcharging the class for pharmaceutical drugs.



---

# EMPLOYEE BENEFITS



## 401(K) & SAVINGS PLANS: IMPRUDENT INVESTMENTS

**Many times ERISA plans end up in high-risk or other patently imprudent investments due to breaches by the plans' fiduciaries.** Depending on the structure of the investment, fiduciaries may have been incentivized by the fees that could be generated to invest plan assets in investments that are simply unacceptably high for ERISA plans. Keller Rohrback has successfully litigated and resolved numerous cases challenging fiduciaries' imprudent investment of plan assets in high risk investment strategies.

## REPRESENTATIVE CASES

### In re State Street Bank and Trust Co. ERISA Litigation, No. 07-08488 (S.D.N.Y.)

Keller Rohrback served as Co-Lead Counsel in this ERISA case brought on behalf of participants and beneficiaries in a class of retirement plans that had invested in State Street's fixed income bond funds. Plaintiffs alleged that State Street, investment manager of the bond funds, had imprudently invested the purportedly conservative funds in high-risk and/or highly leveraged financial instruments tied to mortgage-backed securities. A settlement providing a payment of $89.75 million was approved by Judge Richard J. Holwell.

### Madoff Direct & Feeder Fund Litigation: Hartman v. Ivy Asset Management LLC, No. 09-8278 (S.D.N.Y.)

Keller Rohrback successfully litigated this direct action on behalf of the trustees of seventeen employee benefit plans damaged by the Madoff Ponzi scheme. The action alleged that Ivy Asset Management and J.P. Jeanneret Associates, Inc. breached their fiduciary duties under ERISA by causing the plans to be invested directly or indirectly in Madoff funds. Keller Rohrback obtained a settlement of over $219 million in this case and related actions, including claims brought by the United States Secretary of Labor and the New York Attorney General.

### Kayes v. Pacific Lumber Co., 51 F.3d 1449 (9th Cir.)

A firm attorney served as co-counsel for a class of retirees and employees of Pacific Lumber Co. The complaint alleged that defendants' selection of Executive Life Insurance Company to provide annuities to pension plan participants (upon termination of the plan) violated ERISA's fiduciary standards. The Ninth Circuit decision upheld plaintiffs' standing to pursue the claims, affirmed the lower court finding that defendant corporate officers were fiduciaries, and broadly defined term "plan asset" for purposes of ERISA's prohibited transaction provisions. On remand, the case settled, resulting in the payment of approximately $7 million to the class.

# EMPLOYEE BENEFITS



---

## *401(K) & SAVINGS PLANS: INSURANCE INVESTMENT PRODUCTS*

**Keller Rohrback is actively litigating cases arising from so-called guaranteed investment contracts (GICs) and Stable Value Funds (SVFs) offered by insurance companies and large financial institutions to investors, including ERISA plans.** Plaintiffs have alleged that the "guarantee" is illusory and that there is a significant spread between the investment return represented in the contracts and what is actually passed on to participants—with fiduciaries improperly keeping the spread for themselves.

## REPRESENTATIVE CASES

### *Teets v. Great-West Life & Annuity Insurance Company,* No. 14-2330 (D. Colo.)

Keller Rohrback serves as co-counsel in this lawsuit brought on behalf of a putative class of participants in defined contribution 401(k) plans who invested their plan assets in a GIC sponsored by Great-West. The complaint alleges that Great-West breached its fiduciary duties by failing to act solely in the interest of plan participants. Although Great-West purports to "guarantee" a credited rate of return, this guarantee is illusory because Great-West reserves the right to—and has—reset this rate on a periodic basis, passing the risk of investment performance on to plan participants. Meanwhile, by setting this credited rate artificially low, Great-West retains as profit substantial portions of the investment yield earned on plan assets invested through the GIC.

### *Austin v. Union Bond & Trust Co.,* No. 14-706 (D. Or.)

Keller Rohrback serves as co-counsel in this lawsuit brought on behalf of a putative class of participants in defined contribution 401(k) plans who invested their plan assets in a stable value fund sponsored by Principal Life and related entities. Plaintiffs allege that this fund was imprudently invested in short-term investments and other unnecessarily conservative investment options and that, as a result, it was not managed as advertised: as a long-term investment option designed to outperform money-market funds.



---

# EMPLOYEE BENEFITS



## *401(K) & SAVINGS PLANS: FOREIGN CURRENCY TRADING*

**Foreign exchange is a necessary component of all international investment transactions, yet the foreign exchange market is one of the least transparent and least regulated of the international markets.** The large banks and other financial institutions that make up this market act as market-makers and trade currencies amongst each other in this $5.3 trillion-a-day market. The lack of regulation in the marketplace makes it easy for the banks to manipulate transactions and the rates at which they are effected to the banks' advantage—at the expense of their clients. Keller Rohrback's practice has encompassed a range of foreign exchange trading abuses faced by both institutional investors and participants and beneficiaries of retirement plans.

## REPRESENTATIVE CASES

### *Andover Cos. Emp. Savings & Profit Sharing Plan v. State Street Bank & Trust Co.,* No. 12-11698 (D. Mass.)

This Complaint was filed on behalf of a class of all qualified ERISA plans, and their participants, beneficiaries, and named fiduciaries, who suffered losses as a result of State Street Bank and Trust Company's alleged deceptive acts and practices concerning hidden charges for foreign currency exchange transactions between 1998 and 2009. Plaintiffs allege that State Street improperly marked up or marked down currency transactions, and engaged in ERISA prohibited transactions when it failed to disclose fully the details of the foreign currency transactions it was undertaking on behalf of the Plans. In 2016, the Court granted final approval of a $300 million settlement of the consumer claims and the ERISA claims.

### *Bank of New York Mellon Corp. Forex Transactions Litigation,* No. 12-2335 (S.D.N.Y.)

Keller Rohrback served as counsel in this foreign currency exchange transaction class action, representing qualified ERISA participants and beneficiaries on behalf of their respective plans. Judge Lewis A. Kaplan granted final approval of a global resolution of the private and governmental enforcement actions against BNY Mellon in which $504 million will be paid back to BNY Mellon customers (and $335 million of which is directly attributable to the class litigation).

### *Farrell v. JPMorgan Chase & Co.,* No. 16-2627 (S.D.N.Y.)

Keller Rohrback brought this class action on behalf of all participants and beneficiaries of employee benefit plans for whom JPMorgan Chase sponsored collective investment trusts or provided asset management in connection with foreign investments requiring securities exchange, which Plaintiffs allege makes JPMorgan a fiduciary to hundreds of ERISA plans affected by a world-wide foreign currency manipulation scheme spanning a decade.

# EMPLOYEE BENEFITS



## *401(K) & SAVINGS PLANS: SECURITIES LENDING*

**Securities lending is a service offered by asset managers to their institutional clients. Clients lend out their securities in order to receive interest income on the loan.** Securities lending is a common practice for entities with large investment portfolios who are seeking to earn incremental returns to aid in covering their fees. When the loan is made, the borrower is required to provide the lender with cash collateral of equivalent value. Prudent investment of the collateral is required so that it can be returned to the borrower at the conclusion of the loan. As payment for the loan, the parties also negotiate a fee for the value of the loaned securities. Keller Rohrback has represented institutional investors and served as co-lead counsel on behalf of public and private pension funds in litigation alleging that a bank imprudently invested its clients' cash collateral in risky securities and breached its legal obligations to clients.

## REPRESENTATIVE CASES

### *Diebold v. Northern Trust Investments, N.A.,* No. 09-1934 (N.D. Ill.)

Keller Rohrback was class counsel in litigation against Northern Trust alleging securities lending-related ERISA breaches of fiduciary duty. Judge Susan E. Cox has granted final approval to the $36 million settlement.



# EMPLOYEE BENEFITS



## *WELFARE PLANS*

**In addition to retirement plans, ERISA also governs how employee health care plans are administered.** Health care plans must be operated with particular standards that were designed to protect the interests of employees, retirees, and other plan beneficiaries, such as family members.

ERISA creates fiduciary responsibilities for those who manage and control health plans, requires that plans provide participants with accurate plan information, and gives plan participants the right to sue for benefits and breaches of fiduciary duty.

## REPRESENTATIVE CASES

### *Turpin v. Consolidated Coal Company,* No. 99-1886 (W.D. Pa.)

A firm attorney served as co-counsel for plaintiff in a case alleging that a Blue Cross entity's use of computer-generated Explanation of Benefits (EOB) forms violated ERISA regulations guaranteeing plan participants a full and fair review of their claims. The class action settlement resulted in significant changes to the forms, including detailed information as to how participants could appeal claim denials and reform of the forms' denial codes so that they were more understandable to the class members.

### *Gates v. United Health,* No. 11-3487 (S.D.N.Y.)

Keller Rohrback served as counsel in this lawsuit that alleged Defendants violated ERISA through use of an "estimating policy" which caused Medicare eligible participants and beneficiaries to be paid lower benefits than required by the plan in which they participate for services provided by out-of-network providers. Following an initial dismissal, Keller Rohrback successfully appealed to the Second Circuit Court of Appeals, and the district court then agreed with Plaintiff.

### *Dobson v. Hartford Financial Services Group, Inc.,* 389 F. 3d 386 (2d Cir.)

A firm attorney served as co-counsel for a putative class of participants in ERISA-covered long-term disability plans challenging Hartford's failure to pay interest on retroactive payments it made to disabled participants after those participants were successful in using the plan's internal review procedure and obtaining reversals of claim denials. The district court granted the named plaintiff's claims on one of his legal theories, but denied class certification and rejected other claims. The court of appeals reversed in these latter respects. After remand and further proceedings in both the district and appeals court, the case settled. The settlement provided for future payment of interest on claims where appeals were favorably decided and for some retroactive payments.

# APPELLATE PRACTICE



## ATTORNEYS

Lynn Lincoln Sarko
T. David Copley
Matthew Gerend
Ben Gould
Ron Kilgard
Cari Campen Laufenberg
Jeffrey Lewis
Derek Loeser
Gretchen Obrist
Erin Riley
Matthew Preusch
Karin Swope

**Appeals require specialized skills and experience, and Keller Rohrback has a seasoned appellate team that includes award-winning brief writers and outstanding oral advocates.** Our appellate expertise is particularly important in large cases, including complex class actions. Keller Rohrback has the experience and talent to handle any issue that arises involving interlocutory appeals and will work to ensure that any judgment or settlement is affirmed on appeal.

## REPRESENTATIVE CASES

### *Kaplan v. Saint Peter's Healthcare Sys.*, 810 F.3d 175 (3d Cir.), *Stapleton v. Advocate Health Care Network*, 817 F.3d 517 (7th Cir.) and *Rollins v. Dignity Health,* 830 F.3d 900 (9th Cir.)

Keller Rohrback persuaded the Third, Seventh and Ninth Circuits that pension plans sponsored by three non-profit hospital systems did not qualify for the "church plan" exemption from ERISA-because the plans were not established by any churches and thus did not satisfy the statutory definition of a church plan.

### *Hunter v. Berkshire Hathaway Inc.*, 829 F.3d 357 (5th Cir.)

Keller Rohrback represented retirement plan participants against Acme Brick Company and its sole owner, Berkshire Hathaway Inc., to enforce Berkshire Hathaway's promise, when it acquired Acme, not to cause Acme to reduce retirement plan benefits. At Keller Rohrback's urging, the Fifth Circuit determined that Berkshire Hathaway could be liable for that promise and reversed the trial court's dismissal of claims against Berkshire Hathaway.

### *Alcantara v. Bakery & Confectionary Union,* 751 F.3d 71 (2d Cir.)

Keller Rohrback successfully defended the trial court's decision and judgment that Defendants had unlawfully reduced pension benefits.

### *Wurtz v. Rawlings Co.*, 761 F.3d 232 (2d Cir.)

Keller Rohrback filed an amicus brief on behalf of the New York State Trial Lawyers Association, arguing that ERISA did not preempt a New York state law. The Second Circuit agreed with the position advanced by Keller Rohrback and adopted the reasoning and even some of the language of its amicus brief.

### *Gates v. UnitedHealth Group Inc.,* 561 F. App'x 73 (2d Cir.)

Keller Rohrback persuaded the Second Circuit to reverse the district court's dismissal of our client's claims for medical coverage.

### *Braden v. Wal-Mart Stores, Inc.,* 588 F.3d 585 (8th Cir.)

Keller Rohrback represented a class of Wal-Mart employees who alleged that Wal-Mart's 401(k) plan charged them excessive fees. Keller Rohrback convinced the Eighth Circuit to reverse the trial court and reinstate the employees' claims.

# APPELLATE PRACTICE



### *Johnson v. Couturier,* 572 F.3d 1067 (9th Cir.)

Keller Rohrback obtained a major victory for participants of an ESOP after Defendants awarded themselves grossly excessive compensation at the expense of the ESOP. On appeal, the Ninth Circuit affirmed a preliminary injunction by the district court which prohibited an ESOP plan sponsor from paying litigation costs to indemnify the ESOP's trustees. The opinion is frequently cited in ESOP litigation by courts across the country.

### *In re Syncor ERISA Litigation,* 516 F.3d 1095 (9th Cir.)

Keller Rohrback represented a group of workers who alleged that their employer had violated the law by investing their retirement savings in the employer's stock. Keller Rohrback convinced the Ninth Circuit to reverse the dismissal of the trial court and reinstate the workers' claims.

### *Tatum v. RJR Pension Investment Committee,* 392 F.3d 636 (4th Cir.) and 761 F.3d 346 (4th Cir.)

Attorney Jeff Lewis persuaded the Fourth Circuit to affirm the trial court's decisions that fiduciaries of the R.J. Reynolds 401(k) plan breached their fiduciary duties and that the breaching fiduciaries bore the burden of proof with respect to loss causation. Mr. Lewis further successfully persuaded the Fourth Circuit that the trial court applied an incorrect legal standard in concluding that the breach did not cause the plan's losses.



# KELLER
# ROHRBACK
### L A W   O F F I C E S   ◆   L . L . P .



## LYNN LINCOLN SARKO

### CONTACT INFO

1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
lsarko@KellerRohrback.com

### PRACTICE EMPHASIS

- Antitrust & Trade Regulation
- Appeals
- Class Actions
- Constitutional Law
- Commodities & Futures Contracts
- Consumer Protection
- Data Breach
- Employment Law
- Environmental Litigation
- Employee Benefits & Retirement Security
- Fiduciary Breach
- Financial Products & Services
- Institutional Investors
- Intellectual Property
- International Law
- Mass Personal Injury
- Medical Negligence
- Securities
- State & Local Government
- Whistleblower

**Lynn Lincoln Sarko is a master strategist and litigator who leads Keller Rohrback's nationally recognized Complex Litigation Group.** One of the nation's top attorneys in complex litigation, Lynn does not just help clients win – he helps them win what they want. Through smart, efficient strategy and tailored, creative problem solving, Lynn and his team accomplish the best outcomes while minimizing costs and maximizing value.

Lynn's diverse experience enables him to think outside the box to resolve complex cases. He regularly interacts with international business interests, representing sovereign nations and institutional clients seeking to recover investment losses caused by financial fraud and other malfeasance. He is currently involved in several matters involving complex derivatives and specialty investment products. Lynn is the driving force behind Keller Rohrback's membership with the Sovereign Wealth Fund Institute, a global organization of leading asset managers and service providers engaged in the public investor community. He represents clients with regard to regulatory investigations and issues involving state and federal supervisory agencies and has litigated actions involving several of the nation's largest accounting and investment firms.

Lynn has led the firm's securities and retirement fund practice for over 25 years and regularly serves as lead counsel in multiparty individual and class action cases involving ERISA, antitrust, securities, breach of fiduciary duty, and other investment fraud issues. Other law firms often hire him as settlement counsel in these and other complex cases because of his reputation as a skilled negotiator. His successes in this area include multimillion dollar settlements in the IKON, Anicom, Scientific-Atlanta, United Companies Financial Corp., and Apple securities fraud and derivative cases and the Enron, WorldCom, Global Crossing, Health South, Delphi, Washington Mutual, Countrywide, Lucent, Merrill Lynch, and Xerox consolidated pension and retirement plan cases.

Courts and professional organizations have honored Lynn for his work on financial, fiduciary duty, consumer and numerous other high profile public cases. After serving as trial counsel in the Exxon Valdez Oil Spill case, which resulted in a $5 billion punitive damages verdict, Lynn was appointed by the court as Administrator for all funds recovered. He prosecuted the Microsoft civil antitrust case, Vitamin price-fixing cases, the MDL Fen/Phen Diet Drug Litigation, and notable public service lawsuits such as Erickson v. Bartell Drug Co., which established a woman's right to prescription contraceptive health coverage.

Prior to joining Keller Rohrback, Lynn was an Assistant United States Attorney for the District of Columbia, Criminal Division, an associate at the Washington, D.C. office of Arnold & Porter, and law clerk to the Honorable Jerome Farris, United States Court of Appeals for the Ninth Circuit, in Seattle. He has been the managing partner of Keller Rohrback since 1991.

Lynn appears in federal courts from coast to coast, maintaining an active national litigation practice. He regularly counsels and represents consumers, employees, and businesses who have suffered harm resulting from the improper disclosure of proprietary, personal, health, and other protected information.



KELLER
ROHRBACK
L A W   O F F I C E S   ◆   L. L. P.

## EDUCATION

**University of Wisconsin**

B.B.A., 1977

**University of Wisconsin**

M.B.A., 1978, *Beta Alpha Psi*

**University of Wisconsin**

J.D., 1981, *Order of the Coif*; Editor-in-Chief, *Wisconsin Law Review;* Salmon Dalberg Award (outstanding graduate)

## BAR & COURT ADMISSIONS

1981, Wisconsin

1983, District of Columbia

1986, Washington

## HONORS & AWARDS

Super Lawyers List, Washington Law & Politics, 1999-2013

Avvo Top Tax Lawyer, Washington CEO Magazine, 2008

Trial Lawyer of the Year, 1995

Salmon Dalberg Award, 1981

## PROFESSIONAL & CIVIC INVOLVEMENT

American Bar Association, *Member*

Bar Association of The District of Columbia, *Member*

Federal Bar Association, *Member*

King County Bar Association, *Member*

State Bar of Wisconsin, *Member*

Trial Lawyers for Public Justice, *Member*

Washington State Bar Association, *Member*

Washington State Trial Lawyers Association, *Member*

American Association for Justice, *Member*

Social Venture Partners of Santa Barbara, Founding Partner

The Association of Trial Lawyers of America, *Member*

American Academy of Trial Counsel, *Fellow*

Editorial Board, *Washington State Securities Law Deskbook* (scheduled for publication in 2012)

## SELECTED PUBLICATIONS

Thomson/West Webinar, "Stock Drop and Roll: Key Supreme Court Rulings and New Standards in ERISA 'Stock Drop' Cases," July 24, 2014

14th Annual Pension Law, Governance and Solvency Conference, 2013

Canadian Institute's 14th Annual Advanced Forum on Pension Law, Governance and Solvency, 2013

ERISA Litigation & Regulatory Compliance Congress, 2013

American Conference Institute's 6th National Forum on ERISA Litigation, 2013

25th Annual ERISA Litigation Converence, 2012

American Conference Institute's 5th National Forum on ERISA Litigation, 2012

# KELLER
# ROHRBACK
L A W   O F F I C E S   ◆   L . L . P .



## LAURIE ASHTON

### CONTACT INFO
3101 North Central Avenue, Suite 1400

Phoenix, AZ 85012

(602) 248-0088

lashton@kellerrohrback.com

### PRACTICE EMPHASIS
• Business Reorganizations
• Class Action & Consumer Litigation
• Constitutional Law
• Employee Benefits and Retirement Security
• Fiduciary Breach
• International Law

### EDUCATION
**University of California, San Diego**

B.A., 1987, Economics

**Arizona State University College of Law**

J.D., 1990, Order of the Coif; *Member, Arizona State Law Journal*, 1988-1990; Note and Comment Editor, *Arizona State Law Journal*, 1989-1990; Student Instructor, Legal Research and Writing, 1989-1990.

**Laurie Ashton is Of Counsel to Keller Rohrback.** Prior to becoming Of Counsel, she was a partner in the Phoenix affiliate of Keller Rohrback. Early in her career, as an Adjunct Professor, she taught semester courses in Lawyering Theory and Practice and Advanced Business Reorganizations. She also served as a law clerk for the Honorable Charles G. Case, U.S. Bankruptcy Court, for the District of Arizona for two years.

In complex litigation, Laurie was the lead attorney for Keller Rohrback in a series of successful groundwater contamination suits brought in 1996 against multiple international defendants concerning chemical releases spanning over 60 years. She was also the lead attorney for Keller Rohrback in an ERISA class action suit on behalf of over 21,000 employees who lost a material percentage of their retirement assets at the hands of fiduciaries who maintained the investment of those assets in their own declining company stock—a case that was, at its time, amongst the largest of its kind in the nation. Laurie has led or been a member of the team leading numerous high profile business reorganizations, including a case in which the Court confirmed a reorganization plan over the objection of the international life insurance company's feasibility expert, based on Laurie's cross examination.

Laurie has been active in the State Bar of Arizona where she served on the Ethics Committee for six years. She was also the coauthor of a textbook on limited liability companies and partnerships, published by West, and is AV rated by Martindale.

An important part of Laurie's international work involves the domestic and international legal implications of treaty obligations and breaches. She is a member of the international legal team that represented the Marshall Islands at the International Court of Justice in The Hague.

Laurie is frequently interviewed and has been cited by Reuters, Newsweek, Fox News, Huffington Post, Slate Magazine, Radio New Zealand, Radio Australia, and others. She currently serves as a Trustee of the Santa Barbara Foundation, a member of the Human Rights Watch Committee in Santa Barbara, and as a Director of the Global Justice Center in New York, which advances human rights pursuant to various international laws, including the Geneva and Genocide Conventions, as well as customary international law.

## BAR & COURT ADMISSIONS
1990, Arizona

1999, Colorado

2007, Washington, D.C.

2013, Eastern District of Michigan

Sixth Circuit Court of Appeals

Ninth Circuit Court of Appeals

Tenth Circuit Court of Appeals

U.S. Supreme Court



## PROFESSIONAL & CIVIC INVOLVEMENT

State Bar of Arizona, *Member*

Colorado Bar Association, *Member*

Washington, D.C. Bar Association, *Member*

Adjunct Professor of Law, *Advanced Chapter 11*, Arizona State University, 1996

Adjunct Professor of Law, *Lawyering Theory & Practice,* Arizona State University, 1997

Committee on the Rules of Professional Conduct ("Ethics Committee"), State Bar of Arizona, *Member,* 1997-2003

Court Appointed Special Advocate, King County, 2007-2009

Santa Barbara Foundation, *Trustee*

Global Justice Center, New York, *Director*

Human Rights Watch Committee, Santa Barbara, *Member*

## PUBLICATIONS & PRESENTATIONS

Author, Case Note, *Arizona Mortgage and Deed of Trust Anti-Deficiency Statutes: The Underlying Obligation on a Note Secured By Residential Real Property After Baker v. Gardner*, 21 Ariz. St. L.J. 465, 470 (1989).

Co-Author, *Arizona Legal Forms: Limited Liability Companies and Partnerships* (1996-2004).

Guest Lecturer, Harvard Law School, 1997, 1999, 2001-2002.

Guest Lecturer, Stanford Law School, 2003.

Speaker, United Nations 2015 Review Conference of the Parties to the Treaty on the  Non-Proliferation of Nuclear Weapons; Panel, *Marshall Islands Nuclear Zero Lawsuits*

Speaker, Humanity House, The Hague, *"Legal Obligations for Nuclear Disarmament,"* March 2016.

Speaker, Bertha Von-Suttner Master Class, The Peace Palace, The Hague, *"Forward Into Light, The Barbarization of the Sky."*

# KELLER
# ROHRBACK
### LAW OFFICES ◆ L.L.P.



## ALISON GAFFNEY

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

agaffney@kellerrohrback.com

### PRACTICE EMPHASIS

- Class Actions
- Consumer & Data Privacy Protection
- Employee Benefits & Retirement Security

### EDUCATION

**Swarthmore College**

B.A., 2002, Linguistics and Languages (Spanish & Mandarin Chinese); McCabe Scholar

**University of California, San Diego**

M.A., 2007, Latin American Studies (International Migration)

**University of Washington School of Law**

J.D., 2012

**Alison Gaffney leaves no stone unturned.** A member of Keller Rohrback's nationally recognized Complex Litigation Group, Alison is a thorough researcher and a quick study no matter the factual context.  At Keller Rohrback, Alison has devoted her time to representing employees and consumers in a variety of class action and individual claims. She represents pension plan participants challenging hospital conglomerates' claimed "church plans" status in *Holcomb v. Hospital Sisters Health System* (C.D. Illinois) and *Carver v. Presence Health Network* (N.D. Illinois). In *Dolins v. Continental Casualty Company* (N.D. Illinois), Alison represents a putative class of employees in their ERISA breach claim.  Alison also represents consumers in a class action case currently pending before the United States Court of Appeals for the Ninth Circuit regarding the prescription drug Cymbalta, and serves as counsel in *Kessler v. Samsung Electronics America, Inc.* (E.D. Wisconsin), a class action involving alleged defects in Samsung's S7 series smartphones.

Prior to law school, Alison completed a master's degree focused on international migration. During law school, she interned with the Seattle Immigration Court. In addition, she represented clients in deportation proceedings through the law school's Immigration Law Clinic and with the Northwest Immigrant Rights Project, where she continues to volunteer.  As a pro bono attorney, Alison has had the privilege of representing individuals from many countries, including Mexico, Venezuela, Rwanda, and Kenya.

When she is not fighting for her clients, Alison is busy keeping up with her two young and energetic sons, scrambling with The Mountaineers, and generally enjoying the beauty of the Pacific Northwest.

## BAR & COURT ADMISSIONS

2012, Washington

2013, U.S. District Court for the Western District of Washington

2015, U.S. District Court for the Eastern District of Washington

2016, U.S. District Court for the Central District of Illinois

2013, U.S. Court of Appeals for the Second Circuit

2014, U.S. Court of Appeals for the Ninth Circuit

2016, U.S. District Court for the Eastern District of Wisconsin



## PROFESSIONAL & CIVIC INVOLVEMENT

Washington State Bar Association, *Member*

King County Bar Association, *Member*

Mother Attorneys Mentoring Association of Seattle (MAMAS), *Member*

Northwest Immigrant Rights Project, *Pro Bono Attorney*

## LANGUAGES

Spanish

# KELLER
# ROHRBACK
LAW OFFICES ◆ L.L.P.



## LAURA R. GERBER

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

lgerber@KellerRohrback.com

### PRACTICE EMPHASIS

• Consumer Protection
• Employee Benefits & Retirement Security
• Fiduciary Breach
• Financial Products & Services
• Institutional Investors
• Whistleblower

### EDUCATION

**Goshen College**

B.A., 1994, History, Economics

**University of Washington School of Law**

J.D., 2003

**Evans School of Public Affairs, University of Washington**

M.P.A., 2003

**Laura R. Gerber is a strong advocate for her clients.**  From her early years in a whistleblower protection organization, to her current practice litigating against some of America's largest corporations, Laura has built her career as an advocate on behalf of both employees and customers of large corporations. Laura represents her clients with skill, tact and diplomacy.  As a result, Laura's clients trust her to listen carefully, keep them informed, provide excellent legal advice, and to diligently pursue their interests in litigation against powerful defendants.

For over a decade, Laura has practiced in Keller Rohrback's Complex Litigation Group where she has developed a diverse practice with a focus on holding banks and other institutions accountable to their customers and employees. She has experience litigating mutual fund excessive fee cases, Ponzi scheme cases, breach of contract and breach of fiduciary duty cases, Employee Retirement Income Security Act ("ERISA") cases, and consumer protection class actions. Laura's strategic persistence in complex cases has led to impressive results with certain of her clients receiving substantial individual recoveries.

While in law school, Laura concurrently received a Master's degree in Public Administration and was a member of the Moot Court Honor Board.

## BAR & COURT ADMISSIONS

2004, Washington

2006, U.S. District Court for the Eastern District of Washington

2006, U.S. District Court for the Western District of Washington

2010, U.S. District Court for the Northern District of Illinois

2013, U.S. District Court for the District of Colorado

2016, U.S. District Court for the Southern District of Illinois

2016, U.S. District Court for the Eastern District of Missouri

2016, U.S. District Court for the Northern District of Ohio

2016, U.S. District Court for the Western District of Oklahoma

2006, U.S. Court of Appeals for the Ninth Circuit Court

2014, U.S. Court of Appeals for the Sixth Circuit Court

2015, U.S. Court of Appeals for the Tenth Circuit Court

## HONORS & AWARDS

Selected to Rising Stars list in *Super Lawyers - Washington,* 2009, 2013.



## PROFESSIONAL & CIVIC INVOLVEMENT

Washington Appleseed, Board of Directors, *2012-present*

King County Bar Association, *Member*

Washington State Bar Association, *Member*

American Bar Association, *Member*

Mother Attorney Mentoring Association (MAMAS), *Member*

## PUBLICATIONS & PRESENTATIONS

Speaker, American Conference Institute's 8th National Forum on ERISA Litigation, October 2014, (New Trends in Church Plan Litigation).

L. Gerber and R. Giovarelli, *Land Reform and Land Markets in Eastern Europe*, Food and Agriculture Organization of the United Nations (2005).

David Weissbrodt, Penny Parker, Laura Gerber, Muria Kruger, Joe W. (Chip) Pitts III, *A Review of the Fifty-Fourth Session of the Sub-Commission on the Promotion and Protection of Human Rights*, 21 NETH Q. HUM. RTS. 291 (2003)

# KELLER
# ROHRBACK
### L A W   O F F I C E S   ◆   L . L . P .



## MATTHEW GEREND

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

mgerend@KellerRohrback.com

### PRACTICE EMPHASIS

- Class Action
- Employee Benefits & Retirement Security
- Fiduciary Breach
- Securities

### EDUCATION

**University of Wisconsin**

B.A., with distinction, 2005, Political Science, Phi Beta Kappa

**Georgetown University Law Center**

J.D., *cum laude*, 2010; Executive Articles Editor, *Georgetown Journal on Poverty Law and Policy*

**Matthew Gerend practices in the firm's nationally recognized Complex Litigation Group**, representing employees and other investors in litigation to enforce securities laws and the Employee Income Retirement Security Act ("ERISA"). Matt has represented plaintiffs in federal courts across the country to redress harms stemming from breaches of fiduciary duties, investment fraud, and other misconduct that threatens employees' retirement security.

Matt became interested in the laws protecting retirement and pension benefits as a clerk with AARP Foundation Litigation, where he helped draft a number of amicus curiae briefs filed in the U.S. Supreme Court and U.S. Courts of Appeals regarding the proper interpretation and implementation of ERISA. During law school, Matt also worked as an intern with the Community Development Project at the Lawyers' Committee for Civil Rights Under Law. Matt believes that lawyers have a unique ability to effect social change, an ethic that has guided his work representing individuals and investors against those engaged in divisive and fraudulent practices.

## BAR & COURT ADMISSIONS

2010, Washington

2011, U.S. District Court for the Western District of Washington

2012, U.S. Court of Appeals for the Third Circuit

2013, U.S. District Court for the Eastern District of Michigan

2014, U.S. Court of Appeals for the Sixth Circuit

2014, U.S. Court of Appeals for the Ninth Circuit

2015, U.S. Court of Appeals for the Seventh Circuit

2015, U.S. District Court for the District of Colorado

## PROFESSIONAL & CIVIC INVOLVEMENT

Washington State Bar Association, *Member*

## HONORS & AWARDS

Selected to Rising Stars list in *Super Lawyers – Washington,* 2014, 2015.

## PUBLICATIONS & PRESENTATIONS

Contributing Author, *Zanglein et. al., ERISA Litigation* (Bloomberg BNA 2015).

Deborah M. Austin and Matthew M. Gerend, *The Scope and Potential of Section 3 as Currently Implemented,* 19 J. Affordable Housing & Commun. Dev. L. 89 (2009).



# KELLER
# ROHRBACK
L A W   O F F I C E S   ◆   L. L. P.



## CHRISTOPHER GRAVER

### CONTACT INFO

3101  North Central Avenue

Suite 1400

Phoenix, Arizona 85012-2600

602.248.0088

cgraver@KellerRohrback.com

### PRACTICE EMPHASIS

- Business Litigation
- Bankruptcy and Creditors' Rights

### EDUCATION

**St. John's College**

B.A., 1976

**University of New Mexico**

J.D., *magna cum laude,* 1990
Order of the Coif

**Chris is a member of Keller Rohrback's Complex Litigation and Bankruptcy Groups**, representing debtors, creditors, Court-appointed committees, and asset purchasers in Chapter 11 reorganization proceedings and out-of-court workouts. Chris also has wide-ranging experience in complex commercial litigation from corporate restructuring to matters of breach of fiduciary duty, commercial bankruptcy, commercial real estate, contracts, patent infringement, and environmental insurance coverage.

Together with colleagues he has represented clients as diverse as the committee of victims of clergy sexual abuse in the Chapter 11 reorganization of a Catholic diocese, a developer restructuring a portfolio of real property interests nationwide, and a national company acquiring a competitor's assets in a bankruptcy-court-approved sale in California.

A graduate of the great books liberal arts program at St. Johns' College in Santa Fe, Chris earned his law degree from the University of New Mexico Law School magna cum laude in 1990. While his practice is centered in the Southwest, Chris represents clients in federal courts coast to coast.

## BAR & COURT ADMISSIONS

Arizona, 1990

United States District Court  for the District of Arizona, 1990

United States Bankruptcy Appellate Panel of the Ninth Circuit

United States Court of Appeals for the Ninth Circuit

## PROFESSIONAL & CIVIC INVOLVEMENT

American Bankruptcy Institute, *Member*

Arizona State Bar Association, *Member*

Maricopa County Bar Association, *Member*

## PUBLICATIONS & PRESENTATIONS

"Confirming the Catholics: The Diocese of Tucson Experience, Norton Bankruptcy Law Advisor," 2005.

"Representing the Tort Claimants' Committee in the Chapter 11 Case Filed by the Roman Catholic Diocese of Tucson, prepared for the National Conference of Bankruptcy Judges," 2005.

"Decoding the Code," *AzBusiness Magazine*, 2005.

Speaker, Maricopa County Bar Association presentation, *New Bankruptcy Code: Changing the Way Creditors are Treated*, 2006.

# KELLER
## ROHRBACK
L A W   O F F I C E S   ◆   L. L. P.



## RON KILGARD

### CONTACT INFO

3101 North Central Avenue, Suite 1400

Phoenix, AZ 85012

(602) 248-0088

rkilgard@KellerRohrback.com

### PRACTICE EMPHASIS

- Appeals
- Class Action
- Constitutional Law
- Employee Benefits and Retirement Security
- Fiduciary Breach
- Financial Products and Services

### EDUCATION

**Harvard College** B.A., 1973, History

**Harvard Divinity School** M.T.S., 1975, Old Testament

**Arizona State University College of Law** J.D., 1979, Editor-in-Chief, *Arizona State Law Journal*, Armstrong Award (outstanding graduate)

**Ron Kilgard is a seasoned lawyer who understands that yesterday's rule changes are just as important as the landmark cases decided decades ago.** Ron has 35 years of experience in civil litigation. He knows that the substantive law changes slowly (at least most of the time!). However, the relevant rules and judges' individual practices change almost daily, and they vary enormously from jurisdiction to jurisdiction and judge to judge. Balancing all of this is, for Ron, one of the many challenges and pleasures of law practice.

Ron's practice is focused primarily on commercial and financial matters. For the last 15 years, he has extensively litigated pension plan class actions, involving both plans regulated by the Employee Retirement Income Security Act ("ERISA") and non-ERISA plans such as public plans and so-called "church plans." Ron helped Keller Rohrback pioneer company stock ERISA litigation in the late 1990s and early 2000s. More recently, Ron was part of the team that obtained settlements of over $265 million (in cash) in the Enron 401(k) litigation. In 2012, Ron was selected for inclusion in Best Lawyers in America (19th ed.) for ERISA practice. Ron is currently class counsel in a case on behalf of all sitting state court, general jurisdiction, judges in Arizona, Hall v. Elected Officials' Retirement Plan.

Ron is a Phoenix native. He began law practice with Martori, Meyer, Hendricks & Victor, P.A., clerked for the Honorable Mary M. Schroeder, U. S. Court of Appeals for the Ninth Circuit and ,in 1995, was one of the founders of Dalton Gotto Samson & Kilgard, P.L.C. He joined most of the Dalton Gotto lawyers in forming the Phoenix affiliate of Keller Rohrback L.L.P. in November 2002.

When not practicing law, he enjoys spending time with his wife and children and reading on the porch with his Golden Retriever.

## BAR & COURT ADMISSIONS

1979, Arizona

2009, District of Columbia

2011, New York

## HONORS & AWARDS

Best Lawyers in America (19th ed.) – ERISA practice.

## PROFESSIONAL & CIVIC INVOLVEMENT

State Bar of Arizona, Member

District of Columbia Bar, Member

New York State Bar Association, Member



## PUBLICATIONS & PRESENTATIONS

Speaker, ABA Seminar, After Enron, 2006

Speaker, Chicago Bar Association, Company Stock Litigation, 2006

Speaker, West LegalWorks ERISA Litigation Conference, 2007

Speaker, National Center for Employee Ownership, *Fiduciary Implications of Company Stock Lawsuits*, 2012 and 2013

Speaker, American Conference Institute, *New Developments in Church Plan Litigation*, 2015



# KELLER ROHRBACK
L A W   O F F I C E S   ◆   L . L . P .



## ERIN RILEY

### CONTACT INFO

1201 Third Avenue, Suite 3200

Seattle, WA 98101

(206) 623-1900

eriley@KellerRohrback.com

### PRACTICE EMPHASIS

- Appeals
- Class Actions
- Employee Benefits & Retirement Security
- Fiduciary Breach
- Financial Products and Services
- Securities

### EDUCATION

**Gonzaga University**

B.A., *cum laude,* 1992, French & History

**University of Wisconsin Law School**

J.D., *cum laude*, 2000, Wisconsin Law Review

---

**Erin Riley knows that strong relationships are key in complex cases.** Erin was a summer associate at Keller Rohrback in 1999, and joined Keller Rohrback's complex litigation group in 2000.

Since the Fall of 2001, her practice has focused on representing employees and retirees in ERISA actions involving defined contribution, defined benefit, and health benefit plans. She has successfully litigated a number of ERISA breach of fiduciary duty cases including cases filed against Washington Mutual, Merrill Lynch and WorldCom. Erin has worked on ERISA-related articles and amicus briefs, and has spoken at ERISA-related conferences. She is a former Plaintiffs' Co-Chair of the Civil Procedure Subcommittee for the ABA Employee Benefits Committee, and is currently a senior editor of the Employee Benefits Law (BNA) treatise.

She earned her J.D. from the University of Wisconsin, where she served as an editor of the Wisconsin Law Review. She received her undergraduate degree from Gonzaga University.

When not at work, Erin enjoys spending time with her family and friends.

## BAR & COURT ADMISSIONS

2000, Wisconsin

2000, Washington

## PROFESSIONAL & CIVIC INVOLVEMENT

Wisconsin State Bar Association, *Member*

King County Bar Association, *Member*

Washington State Bar Association, *Member*

Civil Procedure Sub-Committee for the ABA Employee Benefits Committee, *Plaintiffs' Co-Chair, 2012 – 2016*

*Employee Benefits Law* (BNA), Chapter Editor, 2012 – 2016

*Employee Benefits Law* (BNA), Senior Editor, 2016 - present

## HONORS & AWARDS

Selected to Rising Stars list in *Super Lawyers – Washington*, 2009

---



## ARTICLES & PRESENTATIONS

Panelist, ABA Section of Labor and Employment Law, Employee Benefits Committee – Mid-Winter Meeting, Austin, TX, 2017 (How to Get the Class Action Settlement Your Client Needs).

Quoted in Jacklyn Wille, "Ninth Circuit Adopts Pro-Worker Pension Framework," *Pension & Benefits Daily*, Bloomberg BNA (Apr. 22, 2016) (www.bna.com).

"*Amgen Inc. v. Harris*: What is the Status of ERISA Company Stock Cases Post-*Amgen*," ABA Employee Benefits Committee Newsletter, Spring, 2016.

Speaker, ACI ERISA Litigation, Chicago, IL, 2016 (Supreme Court Roundup).

Panelist, ABA Section of Labor and Employment Law, Employee Benefits Committee – Mid-Winter Meeting, Las Vegas, NV, 2016 (mock mediation).

Quoted in Andrea L. Ben-Yosef, "Class Action Suits on Plan Fees Steam Ahead," *Pension & Benefits Blog*, Bloomberg BNA (Feb. 10, 2016) (www.bna.com).

Br. of Amicus Curiae of Pension Rights Center in Supp. of Petition, *Pundt v. Verizon Communications*, No. 15-785 (U.S. 2016).

Br. of Amicus Curiae AARP and National Employment Lawyers Association in Supp. of Pls.-Appellees, *Whitley v. BP, P.L.C.*, No. 15-20282 (5th Cir. Oct. 28, 2015).

Br. of The Pension Rights Center as Amicus Curiae in Supp. of Resp't, *Spokeo, Inc. v. Robins*, No. 13-1339 (U.S. Sept. 4, 2015).

Lynn L. Sarko, Erin M. Riley, and Gretchen S. Obrist, Brief for Law Professors as Amici Curiae in Support of the Petitioners, *Tibble, et al. v. Edison International, et al*., No. 13-550 (U.S. 2014).

Quoted in Jacklyn Wille, "High Court to Address Statute of Limitations for Suits Challenging Retirement Plan Fees," *Pension & Benefits Daily*, Bloomberg BNA (Oct. 3, 2014) (www.bna.com).

Speaker, Western Pension & Benefits Council – 2014 Spring Seminar, Seattle, WA, 2014 (What's New in Fiduciary Litigation?).

Erin M. Riley and Gretchen S. Obrist, Contributors, "Attorneys Reflect on 40 Years of ERISA's Biggest Court Rulings" Pension & Benefits Daily, Bloomberg BNA, discussing CIGNA Corp. v. Amara, 131 S.Ct. 1866, 50 EBC 2569 (U.S. 2011) (95 PBD, 5/17/11; 38 BPR 990, 5/24/11) (http://www.bna.com)

Erin M. Riley and Gretchen S. Obrist, "The Impact of Fifth Third Bancorp v. Dudenhoeffer: Finally, a Court Gets it Right!" Pension & Benefits Daily, Bloomberg BNA (154 PBD, 8/11/2014) (http://www.bna.com).

Lynn L. Sarko and Erin M. Riley, Brief for Law Professors as Amici Curiae in Support of the Respondents, *Fifth Third Bancorp v. Dudenhoeffer*, No. 12-751 (U.S. March 5, 2014).

"Erin M. Riley Explores the Pro-Plaintiff Aspects of the Citigroup Ruling", ERISA Litigation Tracker: Litigator Q&A, Bloomberg BNA (Dec. 1, 2011). Reproduced with permission from ERISA Litigation Tracker Litigator Q & A (Dec. 5, 2011). Copyright 2011 by The Bureau of National Affairs, Inc. (800-372-1033)

Sarah H. Kimberly, Erin M. Riley, "Court Declines to Limit Damages in Neil v. Zell", ABA Employee Benefits Committee Newsletter (Spring, 2011).

Derek W. Loeser, Erin M. Riley and Benjamin Gould, "2010 ERISA Employer Stock Cases: The Good, the Bad, and the In-Between Plaintiffs' Perspective", Bureau of National Affairs, Inc. (Jan. 28, 2011).

Derek W. Loeser and Erin M. Riley, "The Case Against the Presumption of Prudence", Bureau of National Affairs, Inc. (Sept. 10, 2010).

# KELLER ROHRBACK
L A W   O F F I C E S   ◆   L . L . P .



## HAVILA UNREIN

### CONTACT INFO

407 Main St. SW, Ste. 3

Ronan, MT 59864

406.281.7231

hunrein@KellerRohrback.com

### PRACTICE EMPHASIS

- Class Actions
- Consumer Protection
- Employee Benefits and Retirement Security
- Environmental Contamination
- Fiduciary Breach
- Financial Products and Services
- Mass Personal Injury
- Securities
- Whistleblower

### EDUCATION

**Dartmouth College**

B.A., *magna cum laude,* 2003, Russian Area Studies

**University of Washington School of Law**

J.D./LL.M. (Tax), *with honors*, 2008

**Havila Unrein gives her clients a voice in the legal system.** Havila practices in Keller Rohrback's nationally recognized Complex Litigation Group, where she is dedicated to helping clients who have been harmed by others engaged in fraud, cutting corners, and abuses of power.

Havila made significant contributions to Hartman et al. v. Ivy Asset Management et al., a case involving fiduciary breach related to Madoff investments that resulted in a $219 million settlement with consolidated cases. She currently represents plaintiffs in multiple cases alleging violations of the Employee Retirement Income Security Act of 1974 ("ERISA") by healthcare institutions attempting to claim exempt "church plan" status under ERISA.

During law school, Havila provided tax and business advice to low-income entrepreneurs and high-tech start-ups as a student in the Entrepreneurial Law Clinic. She also served as an extern to the Honorable Stephanie Joannides of the Anchorage Superior Court. Prior to law school, Havila worked and studied abroad in Russia, Azerbaijan, and the Czech Republic.

## BAR & COURT ADMISSIONS

2008, Washington

2009, U.S. District Court for the Western District of Washington

2012, Montana

2012, U.S. Court of Appeals for the Ninth Circuit

2012, U.S. District Court for the District of Montana

2013, California

2013, U.S. District Court for the District of Colorado

2013, U.S. District Court for the Central District of California

2013, U.S. District Court for the Eastern District of California

2013, U.S. District Court for the Northern District of California

2013, U.S. District Court for the Southern District of California

2014, U.S. Court of Appeals for the Sixth Circuit

## PROFESSIONAL & CIVIC INVOLVEMENT

California State Bar Association, *Member*

Santa Barbara County Bar Association, *Member*

Washington State Bar Association, *Member*

King County Bar Association, *Member*

Montana State Bar Association, *Member*