# Exhibit C

*Lann v. Trinity Health Corporation,* 16-cv-2237 PJM (D.Md.)

**Cohen Milstein Sellers & Toll PLLC Lodestar**
Case Development & Inception - March 31, 2017

| Timekeeper | Hours | Rate | Lodestar |
|---|---:|---:|---:|
| **Attorneys:** | | | |
| Bowers, Jamie | 29.25 | $425 | $12,431.25 |
| Hettinger, Kira | 33.00 | $445 | $14,685.00 |
| Reiser, Julie, G. | 70.75 | $740 | $52,355.00 |
| Swanson, Robyn | 84.00 | $555 | $46,620.00 |
| Rinaldi, Bruce | 135.00 | $790 | $106,650.00 |
| Lempert, Scott | 135.50 | $700 | $94,850.00 |
| Handorf, Karen, L. | 342.25 | $880 | $301,180.00 |
| Yau, Michelle, C. | 408.25 | $660 | $269,445.00 |
| Bortscheller, Mary, J. | 614.00 | $515 | $316,210.00 |
| Other attorneys: | 93.75 | | $48,973.75 |
| **Sub-Total:** | **1,945.75** | | **$1,263,400.00** |
| | | | |
| **Professionals:** | | | |
| Grant-Knight, Connor | 31.75 | $280 | $8,890.00 |
| Peinert, Erik | 46.00 | $250 | $11,500.00 |
| Jang, Grace | 50.25 | $280 | $14,070.00 |
| Fust, John | 108.25 | $260 | $28,145.00 |
| Other professionals: | 17.00 | | $4,570.00 |
| **Sub-Total:** | **253.25** | | **$67,175.00** |
| | | | |
| **TOTAL LODESTAR:** | **2,199.00** | | **$1,330,575.00** |

*Chavies v. Catholic Health East*, 13-cv-1645 (E.D. Pa.)

**Cohen Milstein Sellers & Toll PLLC Lodestar**
Case Development & Inception - March 31, 2017

| Timekeeper | Hours | Rate | Lodestar |
|---|---:|---:|---:|
| **Attorneys** | | | |
| Bunch, Stephen, D. | 77 | $600 | $46,200.00 |
| Handorf, Karen, L. | 718 | $880 | $631,840.00 |
| Yau, Michelle, C. | 381.25 | $660 | $251,625.00 |
| Swanson, Robyn | 30.75 | $555 | $17,066.25 |
| Bunch, Monya | 71.75 | $580 | $41,615.00 |
| Rinaldi, Bruce | 1,099.50 | $790 | $868,605.00 |
| Azorsky, Gary, L. | 26.75 | $820 | $21,935.00 |
| Preston, Casey, Y. | 25.5 | $625 | $15,937.50 |
| Smith, Matthew, A. | 116 | $450 | $52,200.00 |
| Bortscheller, Mary, J. | 860.25 | $515 | $443,028.75 |
| Brown, Michael, W. | 79 | $250 | $19,750.00 |
| Other attorneys: | 14.5 | | $8,150.00 |
| **Sub-Total:** | **3,500.25** | | **$2,417,952.50** |
| | | | |
| **Professionals** | | | |
| Fust, John | 207.25 | $260 | $53,885.00 |
| Peinert, Erik | 358 | $250 | $89,500.00 |
| Other professionals: | 84.75 | | $26,230.00 |
| **Sub-Total:** | **650** | | **$169,615.00** |
| | | | |
| **TOTAL LODESTAR:** | **4,150.25** | | **$2,587,567.50** |