# Exhibit D

**Lann v. Trinity Health Corp., No. 14-2237 - Attorneys' Fees**

**Firm Name: Keller Rohrback LLP**

**Reporting Period: Case Development & Inception - March 31, 2017**

| Timekeeper | Hours | Rate | Lodestar |
|---|---|---|---|
| **Attorneys:** | | | |
| Laura Gerber | 48.10 | $750 | $ 36,075.00 |
| Matthew Gerend | 30.70 | $525 | $ 16,117.50 |
| Christopher Graver | 29.30 | $800 | $ 23,440.00 |
| Ron Kilgard | 226.40 | $895 | $ 202,628.00 |
| Lynn Lincoln Sarko | 153.40 | $940 | $ 144,196.00 |
| Havila Unrein | 94.70 | $600 | $ 56,820.00 |
| Other Attorneys | 45.30 | | $ 33,723.00 |
| **Sub-Total:** | **627.90** | | **$ 512,999.50** |
| | | | |
| **Professionals:** | | | |
| A.J. de Vries | 31.60 | $260 | $ 8,216.00 |
| Other Professionals | 31.10 | | $ 8,035.60 |
| **Sub-Total** | **62.70** | | **$ 16,251.60** |
| | | | |
| **TOTAL:** | **690.60** | | **$ 529,251.10** |

**Chavies v. Catholic Health East, No. 13-1645 - Attorneys' Fees**

**Firm Name: Keller Rohrback LLP**

**Reporting Period: Case Development & Inception - March 31, 2017**

| Timekeeper | Hours | Rate | Lodestar |
|---|---|---|---|
| **Attorneys:** | | | |
| Laurie Ashton | 116.50 | $840 | $ 97,860.00 |
| Matthew Gerend | 27.90 | $525 | $ 14,647.50 |
| Kash Karmand | 26.70 | $400 | $ 10,680.00 |
| Ron Kilgard | 46.40 | $895 | $ 41,528.00 |
| Lynn Lincoln Sarko | 67.40 | $940 | $ 63,356.00 |
| Havila Unrein | 54.00 | $600 | $ 32,400.00 |
| Other Attorneys | 29.00 | | $ 15,641.00 |
| **Sub-Total:** | **367.90** | | **$ 276,112.50** |
| | | | |
| **Professionals:** | | | |
| Susan James | 27.30 | $255 | $ 6,961.50 |
| A.J. de Vries | 23.70 | $260 | $ 6,162.00 |
| Other Professionals | 69.00 | | $ 17,171.90 |
| **Sub-Total:** | **120.00** | | **$ 30,295.40** |
| | | | |
| **TOTAL:** | **487.90** | | **$ 306,407.90** |