# Exhibit G

*Lann v. Trinity Health Corporation,*  16-cv-2237 PJM (D.Md.)

**Cohen Milstein Sellers & Toll PLLC Expenses**
Case Development & Inception - March 31, 2017

| Description | Amount |
|---|---|
| Computer Research | $ 4,014.05 |
| Copies | $ 31.70 |
| Court Costs | $ 1,797.50 |
| Court Reporter Fees/Transcripts | $ 333.15 |
| Miscellaneous | $ 495.41 |
| Mediation & Expert Services | $ 20,048.00 |
| Postage/Express Delivery | $ 528.15 |
| Telephone/Facsimile | $ 303.29 |
| Travel (airfare, ground travel, meals, lodging) | $ 9,571.02 |
| | |
| **TOTAL** | **$ 37,122.27** |

*Chavies v. Catholic Health East* **, 13-cv-1645 (E.D. Pa.)**

**Cohen Milstein Sellers & Toll PLLC Expenses**
Case Development & Inception - March 31, 2017

| Description | Amount |
|---|---|
| Case Supplies | $ 492.40 |
| Computer Research | $ 16,407.55 |
| Copies | $ 57.10 |
| Court Costs | $ 2,322.24 |
| Court Reporter Fees/Transcripts | $ 28,678.99 |
| Miscellaneous | $ 867.53 |
| Mediation & Expert Services | $ 50,460.86 |
| Postage/Express Delivery | $ 981.74 |
| Telephone/Facsimile | $ 227.79 |
| Travel (airfare, ground travel, meals, lodging) | $ 22,987.09 |
| Relativity Database Licensing | $ 1,650.00 |
| | |
| **TOTAL** | **$ 125,133.29** |