# Exhibit H

**Lann v. Trinity Health Corp., No. 14-2237 - Expenses**

**Firm Name: <u>Keller Rohrback LLP</u>**

**Reporting Period: <u>Case Development & Inception - March 31, 2017</u>**

| Description | Amount | |
|---|---|---|
| | | |
| Case Supplies | $ | 191.72 |
| Computer Research | $ | 1,125.28 |
| Copies | $ | 1,854.77 |
| Court Costs | $ | 212.00 |
| Miscellaneous | $ | 296.73 |
| Mediation Services | $ | 2,310.00 |
| Postage/Express Delivery | $ | 217.30 |
| Relativity Database Services | $ | 5,460.00 |
| Relativity Database Licensing | $ | 4,143.00 |
| Telephone/Facsimile | $ | 237.11 |
| Travel (Air fare, ground travel, meals, lodging) | $ | 8,601.07 |
| | | |
| **Sub-Total** | **$** | **24,648.98** |

**Chavies v. Catholic Health East, No. 13-1645 - Expenses**

**Firm Name: <u>Keller Rohrback LLP</u>**

**Reporting Period: <u>Case Development & Inception - March 31, 2017</u>**

| Description | Amount |
|---|---|
| | |
| Case Supplies | $ 143.50 |
| Computer Research | $ 3,430.46 |
| Copies | $ 2,261.68 |
| Court Costs | $ 650.00 |
| Miscellaneous | $ 26.42 |
| Postage/Express Delivery | $ 873.15 |
| Relativity Database Services | $ 7,020.00 |
| Relativity Database Licensing | $ 4,626.55 |
| Telephone/Facsimile | $ 44.46 |
| Travel (Air fare, ground travel, meals, lodging) | $ 7,864.72 |
| | |
| **TOTAL** | **$ 26,940.94** |