# Exhibit I

Objection   March 27, 2017

#15 I request to be excused from hearing!

#1 I am 84 years old.
2. I am a widow
3. I am Hard of Hearing
4. Am moving to my sons home
5. Can no longer live alone.

Thank You for excusing me!

Marilyn H. Bowman
38 Church St Apt E
Bellville, Ohio 44813