# Exhibit J

March 22, 2017

To:
Lynn Lincoln Sarko
KELLER ROHRBACK L. L. P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101



Lann v. Trinity Health Corporation
Case No. 14:cv-02237 (PJM)
Chavies v. Catholic Health East
Case No: 16-ev-1417 (PJM)

Notice of Objection:

I received Notice of Proposed Settlement of ERISA Class Action.

I am objecting to this settlement and request removal from class action. I do not understand why this legal maneuver is being taken.
I do not know what ERISA is.
I do not know the facts and I have no legal support for this case.

I am completely satisfied and grateful for the small pension amount I receive. There has never been any problem with my receiving my benefits.

Holy Cross Hospital was an excellent employer.

Again, I request removal from this action

Respectfully,

Richard Seibel

3430 Thurloe Dr
Viera FL 32955-6064
(321) 634-5476



Richard Seibel
3430 Thurloe Drive
Viera, FL 32955-6064



ORLANDO FL 325

22 MAR 2017 PM 4 L

KELLER ROHRBACK L.L.P
1201 3RD AVE   STE 3200
SEATTLE WA   98101- 3052

ATTN: LYNN LINCOLN SARKO