# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

ANITA LANN, et al.,

              Plaintiffs,

    v.

TRINITY HEALTH
CORPORATION, et al.,

              Defendants.

\*   \*   \*   \*   \*   \*   \*

**Case No. 14-CV-2237 (PJM)**

---

## PLAINTIFFS' MOTION FOR AWARD
## OF ATTORNEYS' FEES AND REIMBURSEMENT OF
## EXPENSES AND FOR INCENTIVE AWARDS TO NAMED PLAINTIFFS

Plaintiffs Anita Lann, Jean Atcherson, Albert R. Chavies, and Thomas Holland ("Named Plaintiffs"), and Plaintiff Mary Beth Henrick[1], respectfully move the Court for an Order: (i) approving awards of attorneys' fees and expenses to their attorneys Cohen Milstein Sellers & Toll, PLLC and Keller Rohrback L.L.P. ("Class Counsel"), and (ii) granting Incentive Awards to themselves as class representatives.

Accordingly, for the reasons fully set forth in the accompanying Memorandum, Plaintiffs respectfully ask that the Court GRANT Plaintiffs' Motion and award $7,885,025 million in attorneys' fees and expenses to Class Counsel, and include in that amount Incentive Awards of $10,000 to each of the Named Plaintiffs and Plaintiff Mary Beth Henrick.

---

[1] Class Counsel seek incentive awards for all Named Plaintiffs, which is defined in the Settlement Agreement to include Mary Beth Henrick, who was expected to be added as a Named Plaintiff in the CHE case via amendment had the litigation progressed.

Dated: April 17, 2017               Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC


/s/ Michelle C. Yau
Michelle C. Yau (admitted *pro hac vice*)
Karen L. Handorf (admitted *pro hac vice*)
Mary J. Bortscheller (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: myau@cohenmilstein.com
khandorf@cohenmilstein.com
mbortscheller@cohenmilstein.com

and

KELLER ROHRBACK L.L.P.
Lynn Lincoln Sarko
Havila Unrein
Matthew Gerend
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900 / Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
hunrein@kellerrohrback.com
mgerend@kellerrohrback.com

KELLER ROHRBACK L.L.P.
Ron Kilgard
Laurie B. Ashton
3101 North Central Avenue, Suite 1400
Phoenix, AZ 85012
Tel: (602) 248-0088 / Fax: (602) 248- 2822
Email: rkilgard@kellerrohrback.com
lashton@kellerrohrback.com

***Counsel for Plaintiffs***

## **CERTIFICATE OF SERVICE**

      I certify that on April 17, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                s/ Michelle C. Yau
                                Michelle C. Yau