May 28, 2017

Dorothy A. Clay Carpenter
2921 E. 140th Street
East Chicago, IN. 46312

___ FILED     ___ ENTERED
___ LOGGED    ___ RECEIVED

JUN 5 2017

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Dear Sir,

I just got this letter, about the Civil Actions. No 14-cv 2237 (PJM). They sent this to my daughter. Which she just move to that address. two months ago.... I got married Five years ago. That's my New address and Name above..

Thank you
Dorothy A. Carpenter

Lann v Trinity Health ERISA
c/o Rust Consulting Inc – 5309
PO Box 2580
Faribault, MN 55021-9580

**IMPORTANT LEGAL MATERIALS**

Received 5-10-17

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Rust Consulting, Inc

0001097917   -UAA  000000881

DOROTHY CLAY
21556 KINGS POINTE BLVD APT 101
TRENTON MI 48183

48183$7610 C010

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| ANITA LANN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRINITY HEALTH CORPORATION, et al., <br><br> Defendants. | Civil Action No.: 14-cv-2237 (PJM) |

FILED · LOGGED · ENTERED · RECEIVED
JUN 5 2017
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

## NOTICE OF PROPOSED SETTLEMENT OF ERISA CLASS ACTION LITIGATION, SETTLEMENT FAIRNESS HEARING, AND MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

This notice ("Notice") advises you of the Class Action Settlement Agreement and the First Addendum to April 26, 2016 Class Action Settlement Agreement (the "Settlement") of two class action lawsuits, *Chavies v. Catholic Health East* and *Lann v. Trinity Health Corporation*. In these lawsuits, the Plaintiffs allege that the Defendants did not comply with certain provisions of the Employee Retirement Income Security Act ("ERISA") with respect to certain defined benefit pension plans sponsored by Trinity Health Corporation and Catholic Health East. You are receiving this Notice because you may be a participant, or a beneficiary of a participant, in one of those plans.

**PLEASE READ THIS NOTICE CAREFULLY.**
**A FEDERAL COURT AUTHORIZED THIS NOTICE.**
**THIS IS NOT A SOLICITATION.**
**YOU HAVE NOT BEEN SUED.**

The lawsuits allege that Catholic Health East ("CHE") and Trinity Health Corporation ("Trinity") improperly claim that their defined benefit pension plans are exempt from ERISA's protections because they are "Church Plans;" that the CHE and Trinity Plans violated ERISA in a variety of ways; and that alternatively, application of the Church Plan exemption to the CHE and Trinity Plans would violate the Establishment Clause of the Constitution. Defendants contend that based on the terms of ERISA and the Internal Revenue Code, and guidance and rulings by governmental authorities, CHE and Trinity may operate and administer these plans as "Church Plans" that are not subject to ERISA under the so-called "Church Plan" exemption.

The Settlement resolves all claims against Defendants and applies to all current and former, vested and non-vested, participants in the Plans and their beneficiaries. The Settlement provides specific benefits to three groups of people which are summarized below. These groups do not overlap. If you are covered by the Settlement, you can only be in one of the groups. Class members in Group B or C will receive a separate letter enclosed with this notice, indicating which group applies. IF YOU DID NOT RECEIVE A SEPARATE LETTER ENCLOSED WITH THIS NOTICE YOU ARE IN GROUP A.

### Group A

**Group A consists of all the current participants in the CHE- and Trinity-sponsored Plans listed on Schedule A to the Settlement Agreement. Currently, there are approximately 249,077 current participants in these Plans.** This includes retirees currently receiving benefits and vested participants who are no longer employed by Trinity, CHE, or another participating employer in the Plans but are entitled to pension benefits under one of the Plans.

The Settlement provides that people in Group A will receive the benefit of a cash contribution to the Plans of $75,000,000 ($75 million), payable in equal installments of $25,000,000 over three years. Because the Plans are defined benefit pension plans, the aggregate total of the $75 million cash amount will be contributed to the Plans as a whole and will not increase any participant's accrued pension benefit. Rather, the $75 million contribution will benefit all members of Group A by increasing the retirement security of their individual benefits. With the $75 million contribution, the Plans will be well-funded on an ERISA basis. The Settlement also provides significant financial and administrative protections for the next fifteen years, such as a guarantee of benefits under the Plans, an anti-cutback provision, and requirements regarding information disclosure to participants in the Plans. These non-monetary protections are described in greater detail in Section 3 of this Notice, as well as in Sections 8.1.1 and 9 of the Settlement Agreement, available at http://www.cohenmilstein.com/update/trinity-che-settlement.

- 1 -