Dorothy Carpenter
2921 E 140th St
East Chicago, IN 46312-2958



\_\_\_\_\_ FILED  \_\_\_\_\_ ENTERED
\_\_\_\_\_ LOGGED  \_\_\_\_\_ RECEIVED

JUN 5 2017

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Clerk of the Court
United States District Court
District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770